BRIAN R. IRVINE, ESQ.
Nevada Bar #7758
JUSTIN BUSTO, ESQ.
Nevada Bar No. 10320
JONES VARGAS
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504
Telephone: 775-786-5000
Facsimile: 775-786-1177
Email: birvine@JonesVargas.com
Email: mrezac@JonesVargas.com
Attorneys for Creditor
North American Dealer Co-Op.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | CASE NO.: BK-N-11-52830-BTB |
| --- | --- |
| ACCESS INSURANCE SERVICES, INC. | Chapter 11 |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX |
| | **No Hearing Required** |

TO:   ALL INTERESTED PARTIES

JONES VARGAS, attorneys for NORTH AMERICAN DEALER CO-OP., an interested party in the above-referenced bankruptcy estate, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

BRIAN R. IRVINE, ESQ,
JUSTIN J. BUSTOS, ESQ.
JONES VARGAS
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Facsimile; (775) 786-1177
Email: birvine@JonesVargas.co
E-Mail: jbustos@JonesVargas.com
E-Mail: l-b@JonesVargas.com

Page 1 of 3

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by of the following rights:

1. Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

2. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

NORTH AMERICAN DEALER CO-OP. expressly reserves all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED this 6th day of September, 2011.

JONES VARGAS

  /s/Brian R. Irvine
BRIAN R. IRVINE, ESQ,
JUSTIN J. BUSTOS, ESQ.

*Attorneys for Creditor,
North American Dealer Co-Op.*

## CERTIFICATE OF SERVICE

1.  I certify that on this date, pursuant to FRBP 7005 and 9027, I am serving a true copy of the attached

**NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX**

2.  I served the above-named document(s) by the following means to the persons as listed below:

   a.  **ECF System:**

   U.S.Trustee-RN-11
   USTPRegion17RE.ECF@usdog.gov

   b.  **United States mail, postage fully prepaid**

   To:  STEPHEN R. HARRIS, ESQ.
   Harris-Petroni, Ltd.
   417 West Plumb Lane
   Reno, Nevada 89509

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of September, 2011.

_____Lydia Brunelli_____           _____/s/ Lydia Brunelli_____
Name                                Signature

**1669185.doc**