Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Creditor Express Systems, Inc.

**E-Filed 12/6/2011**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-11-52830-BTB |
| | CHAPTER   11 |
| ACCESS INSURANCE SERVICES, INC. | |
| | **NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS** |
| Debtor. | |
| _____ / | **[No Hearing Required]** |

To:   Clerk of the Court
      United States Bankruptcy Court
      District of Nevada

PLEASE enter the appearance of Jeffrey L. Hartman of the firm of Hartman & Hartman, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as attorney for Creditor Express Systems, Inc. ("Express"). As a party in interest and, pursuant to Bankruptcy Rule 2002 and §1109(b) of the bankruptcy Code 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), Express requests that all notices given or required to be given in this case be given to and served upon the undersigned at the following address:

Jeffrey L. Hartman, Esq.
Hartman & Hartman
510 W. Plumb Lane, Ste. B
Reno, NV 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
Email: notices@bankruptcyreno.com

1  And that said address be added to the official addresses matrix maintained in this
2  proceeding by the Clerk of the Court.
3  Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the
4  foregoing request includes not only the notices and appearance referred to in the Bankruptcy
5  Rules but also includes, without limitation, notices of any application, motion, petition,
6  pleading, request, complaint or demand, whether formal or informal, which affects or seeks
7  to affect in any way the rights or interest of parties in interest in this case.
8  The Notice of Appearance Request for Matrix Entry and Request for Service of all
9  Notices and Documents shall not be deemed or construed to be a waiver of any rights (1) to
10  have final orders in noncore matters entered only after de novo review by a District Court
11  Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or
12  proceeding related to this case, (3) to have the District Court withdraw the reference in any
13  matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims,
14  actions, setoffs or recoupments which may be entitled, in law or in equity.  All of these
15  rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.
16  DATED this 6th day of December, 2011.

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Creditor Express Systems Inc.