```
GORDON SILVER
BRIAN R. IRVINE, ESQ.
Nevada Bar No. 7758
JUSTIN J. BUSTOS, ESQ.
Nevada Bar No. 10320
GORDON SILVER
100 West Liberty Street
Suite 690
Reno. NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: birvine@gordonsilver.com
Email: jbustos@gordonsilver.com
```

*Attorneys for Creditor*
*North American Dealer Co-Op*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | CASE NO. BK-N-11-52830-BTB |
|---|---|
| ACCESS INSURANCE SERVICES, INC., | CHAPTER 11 |
| Debtor. | |

### NOTICE OF APPEARANCE OF BRIAN R. IRVINE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX

BRIAN R. IRVINE of the law firm of GORDON SILVER, files this Notice of Appearance and request to be added to the master mailing matrix herein as one of the attorneys of record for NORTH AMERICAN DEALER CO-OP., and requests that copies of all notices,

///

///

///

///

///

///

///

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

1 of 3

pleadings and documents be served upon him at GORDON SILVER, 100 West Liberty Street, Suite 690, Reno, NV 89501; birvine@gordonsilver.com.

DATED this 16th day of March, 2012.

                GORDON SILVER

By:    /s/ Brian R. Irvine
BRIAN R. IRVINE, ESQ.
Nevada Bar No. 7758
Email: birvine@gordonsilver.com
JUSTIN J. BUSTOS, ESQ.
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
100 W. Liberty Street
Suite 690
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 7860131

*Attorneys for Creditor*
*North American Dealer Co-Op.*

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

2 of 3

## CERTIFICATE OF SERVICE

1. I certify that on this date, pursuant to FRBP 7005 and 9027, I am serving a true copy of the attached:

**NOTICE OF APPEARANCE OF BRIAN R. IRVINE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a. **ECF System:**

        U.S.Trustee-RN-11
        USTPRegion17RE.ECF@usdog.gov
        STEPHEN R. HARRIS, ESQ.

    b. **United States mail, postage fully prepaid**

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 16th day of March, 2012.

| Cindy S. Grinstead | /s/ Cindy S. Grinstead |
|---|---|
| Name | Signature |

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500