LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
GORDON GOOLSBY, ESQ.
Nevada Bar No. 11578
ARMSTRONG TEASDALE LLP
50 West Liberty Street, Suite 950
Reno, NV 89501
Telephone:  (775) 322-7400
Facsimile:  (775) 322-9049
Email:  lbubala@armstrongteasdale.com
        ggoolsby@armstrongteasdale.com
        bsalinas@armstrongteasdale.com

*Attorneys for Chapter 7 Trustee*
*Janet L. Chubb*

**ELECTRONICALLY FILED ON**
**January 30, 2013**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ACCESS INSURANCE SERVICES, INC.,<br><br>Debtor. | Case No.:  BK-N-11-52830-GWZ<br><br>Chapter 7<br><br>**ARMSTRONG TEASDALE LLP'S FIFTH MONTHLY FEE REQUEST FOR THE PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012, WITH CERTIFICATE OF SERVICE**<br><br>**Hearing Date:  N/A**<br>**Hearing Time:  N/A** |

Armstrong Teasdale LLP ("AT"), counsel to Chapter 7 Trustee Janet L. Chubb ("Trustee"), hereby submits this monthly request (the "Fifth Monthly Fee Request"), pursuant to Bankruptcy Code section 331 and this Court's Order Granting Trustee's Motion for Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Expense Reimbursement of Professionals (the "Interim Compensation Order") (Ct. Dkt. # 213), for payment of compensation for services rendered and reimbursement of expenses incurred for the period of December 1, 2012, through and including December 31, 2012 (the "Fifth Monthly Period").

1.     On September 1, 2011 (the "Petition Date"), the Debtor filed voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On August 9, 2012, this Court orally entered its order converting Debtor's case to chapter 7 (see Ct. Dkt. #147).

3.      On August 16, 2012, this Court entered its order converting Debtor's case to chapter 7 (Ct. Dkt. # 147).

4.      On August 24, 2012, the Acting United States Trustee for the District of Nevada, pursuant to section 701(a) of the Bankruptcy Code, appointed Janet L. Chubb to serve as Interim Trustee and as Trustee in the above-captioned chapter 7 case (Ct. Dkt. # 151).

5.      On December 3, 2012, this Court entered its Order Granting Application for an Order Authorizing the Retention of Armstrong Teasdale as Counsel for Chapter 7 Trustee (Ct. Dkt. # 210) (the "AT Retention Order").

6.      On December 3, 2012, this Court entered its Interim Compensation Order.

7.      Pursuant to the Interim Compensation Order, AT seeks payment of eighty percent (80%) of the total amount of compensation sought for actual and necessary professional services rendered during the Fifth Monthly Period and reimbursement of one-hundred percent (100%) of its actual and necessary expenses incurred during the Fifth Monthly Period.  By this Fifth Monthly Fee Request, AT seeks payment of compensation for fees in the amount of $18,171.60, and payment of expenses incurred in the amount of $873.98, as follows:

| | |
|---|---|
| Total Fees: | $22,714.50 |
| 80% of Fees: | $18,171.60 |
| Total Expenses: | $ 873.98 |
| Total Fees and Expenses Requested: | **$23,588.48** |
| 20% HOLDBACK: | $4,542.90 |

The total fees represent 73.20 hours expended during the Fifth Monthly Period as follows:

| Attorney/Paralegal | Rate | Hours | Amount |
|---|---|---|---|
| B. Salinas | 175.00 | 9.50 | 1,662.50 |
| G. Goolsby | 240.00 | 4.30 | 1,032.00 |
| B. Meich | 250.00 | 20.80 | 5,200.00 |
| L. Bubala | 325.00 | 45.60 | 14,820.00 |

8.      Attached hereto as Exhibit "1" is the actual AT Invoice for the Fifth Monthly Period.

9.      Pursuant to the Interim Compensation Order, a copy of this Fifth Monthly Fee Request is being served upon: (i) the Debtor, Attn: Chris D. Nichols, Esq., Petroni & Nichols, LTD, 417 Plumb Lane, Reno, Nevada 89509; and (ii) the Office of the United States Trustee for the District of Nevada, C. Clifton Young Federal Building, 300 Booth Street, Room 3009, Reno Nevada 89509, Attn: William Cossitt (collectively, the "Notice Parties").

10.     Pursuant to the Interim Compensation Order, the Notice Parties have twenty (20) days after service of the Fifth Monthly Fee Request to object. If no objections are raised prior to the expiration of the objection deadline, AT will file a certificate of no objection with the Court and the Debtors will be directed to pay 80 percent of the fees, i.e. $18,171.60, and 100% of expenses, i.e. $873.98, requested in this Fifth Monthly Fee Request.

11.     The filing of the Fifth Monthly Fee Request and the delivery of the same to the Notice Parties is not intended to be, and should not be construed as, an express or implied waiver by AT of any of its procedural and/or substantive rights and remedies under the AT Retention Order, the Interim Compensation Order, the applicable Bankruptcy Rules, the Local Rules, and the Region 17 United States Trustee Guidelines to amend, modify, revise, supplement or otherwise make changes to the Fifth Monthly Fee Request at any time prior to the time when AT seeks allowance and payment of the fees and reimbursement of the expenses set forth herein either on an interim or final basis. To the contrary, all such rights and remedies are expressly reserved.

Dated this 30th day of January, 2013                    ARMSTRONG TEASDALE LLP


By:   /s/ Louis M. Bubala III
        Louis M. Bubala III

        Counsel for Chapter 7 Trustee

3

<u>**CERTIFICATE OF SERVICE**</u>

1.　　On **<u>January 30, 2013</u>**, I served the following document(s):

**ARMSTRONG TEASDALE LLP'S FIFTH MONTHLY FEE REQUEST FOR THE PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012, WITH CERTIFICATE OF SERVICE**

2.　　I served the above-named document(s) by the following means to the persons as listed below:

■　a.　**Via ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

LOUIS M. BUBALA on behalf of Trustee JANET CHUBB
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JUSTIN BUSTOS on behalf of Creditor NORTH AMERICAN DEALER CO-Op
JBustos@gordonsilver.com, cgrinstead@gordonsilver.com

MARY JANE E. GALVIN-WAGG on behalf of Creditor NEAL GOOCH, LIQUIDATOR, WESTERN INSURANCE COMPANY
mwagg@vancott.com

LAURA K GRANIER on behalf of Interested Party INDUSTRIAL ALLIANCE PACIFIC GENERAL INSURANCE CORP.
lgranier@lionelsawyer.com, jsparks@lionelsawyer.com

STEPHEN R HARRIS on behalf of Debtor ACCESS INSURANCE SERVICES, INC.
noticesbh&p@renolaw.biz;bhpclerk@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;norma@renolaw.biz

JEFFREY L HARTMAN on behalf of Creditor EXPRESS SYSTEMS, INC.
notices@bankruptcyreno.com, sji@bankruptcyreno.com

BRIAN R. IRVINE on behalf of Creditor NORTH AMERICAN DEALER CO-Op
BIRVINE@GORDONSILVER.COM, djohnson@gordonsilver.com

CHRIS D NICHOLS on behalf of Debtor ACCESS INSURANCE SERVICES, INC.
noticesbh&p@renolaw.biz, legalassistant@renolaw.biz;jodie@renolaw.biz;fileclerk@renolaw.biz;cnichols@renolaw.biz;norma@renolaw.biz;ellie@renolaw.biz

GLORIA M PETRONI on behalf of Debtor ACCESS INSURANCE SERVICES, INC.
topgun@renolaw.biz, noticesbh&p@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;bhpclerk@renolaw.biz;norma@renolaw.biz;legalassistant@renolaw.biz

GERALD H. SUNIVILLE on behalf of Creditor NEAL GOOCH, LIQUIDATOR, WESTERN INSURANCE COMPANY
gsuniville@vancott.com

JOHN D TENNERT on behalf of Interested Party INDUSTRIAL ALLIANCE PACIFIC GENERAL INSURANCE CORP.

jtennert@lionelsawyer.com, pcarmon@lionelsawyer.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

       **X**  b.  **Via United States**, postage fully prepaid (list persons and addresses):

PETRONI & NICHOLS, LTD.
417 W. PLUMB LANE
RENO, NV 89509

JOHN A SNOW on behalf of Creditor NEAL GOOCH, LIQUIDATOR, WESTERN INSURANCE COMPANY
VAN COTT BAGLEY CORNWALL & MCCARTHY
2300 W. SAHARA AVE., STE 800
LAS VEGAS, NV 89102

ANDREW J. WEILL on behalf of Creditor EXPRESS SYSTEMS, INC.
BENJAMIN, WEILL & MAZER, APC
235 MONTGOMERY ST, STE 760
SAN FRANCISCO, CA 94104

OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF NEVADA
ATTN: WILLIAM COSSITT
CLIFTON YOUNG FEDERAL BUILDING
300 BOOTH STREET
ROOM 3009
RENO, NV 89509

          □  c.  Personal Service (list persons and addresses)
              I personally delivered the document(s) to the persons at these addresses:

          □  d.  By direct email (as opposed to through the ECF System) (list persons and email addresses):

          □  e.  By fax transmission (list persons and fax numbers):

          □  f.  By messenger:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of January, 2013.


  Barbara Salinas                                /s/Barbara Salinas          .
Name                                     Signature

# EXHIBIT 1

# EXHIBIT 1



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No. 1617471
File No. 30833

# REMITTANCE COPY
**Please return with payment**

| Matter | Matter Name | Fees | Disbursements | Total |
|---|---|---|---|---|
| 4 | Representation of the Trustee/Access Insurance Services, Inc. | 22,714.50 | 873.98 | 23,588.48 |

**TOTAL AMOUNT DUE:** **23,588.48**

## ** PAYMENT IS DUE UPON RECEIPT **

**Please Remit Payment To:**
ARMSTRONG TEASDALE LLP
Department Number 478150
P.O. Box 790100
St. Louis, MO  63179-9933



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI   KANSAS   ILLINOIS   NEVADA   SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No. 1617471
File No. 30833

## SUMMARY OF INVOICE # 1617471

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2012

| Matter | Matter Name | Fees | Disbursements | Total |
|--------|-------------|------|---------------|-------|
| 4 | Representation of the Trustee/Access Insurance Services, Inc. | 22,714.50 | 873.98 | 23,588.48 |
| | **TOTAL AMOUNT DUE** | | | **23,588.48** |

## ** PAYMENT IS DUE UPON RECEIPT **



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

<u>MISSOURI</u>  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No. 1617471
File No. 30833

| | | | | |
|---|---|---|---|---|
| **Summary of Prior Invoices Outstanding** <br> **for Representation of the Trustee/Access Insurance Services, Inc. - Matter #4** | | | | |

| **Invoice Date** | **Invoice No.** | **Invoice Amt** | **Payments Applied** | **Balance Due** |
|---|---|---|---|---|
| 09/24/12 | 1580349 | 7,071.44 | 0.00 | 7,071.44 |
| 10/18/12 | 1587107 | 19,025.20 | 0.00 | 19,025.20 |
| 11/20/12 | 1594989 | 19,863.30 | 0.00 | 19,863.30 |
| 11/30/12 | 1599669 | 22,552.61 | 0.00 | 22,552.61 |

| | |
|---|---|
| **Past Due Amount** | **68,512.55** |
| **Current Invoice Total** | **23,588.48** |
| **Total Now Due** | **92,101.03** |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

### 4  - REPRESENTATION OF THE TRUSTEE/ACCESS INSURANCE SERVICES, INC.

FOR SERVICES RENDERED THROUGH DECEMBER 31, 2012:

| Fee Summary | | | |
|---|---|---|---|
| **Date** | **Name** | **Hours** | **Amount** | **Narrative** |
| 12/02/12 | L. Bubala | 0.10 | 32.50 | Email with trustee re evaluation of retention of CPA K. Seltzer for consolidation issues. |
| 12/02/12 | L. Bubala | 0.10 | 32.50 | Email with trustee and B. Meich re debt against King property and potential recovery. |
| 12/03/12 | L. Bubala | 0.10 | 32.50 | Direct B. Meich re collection on King note based on information provided by Western Thrift; emails with B. Meich and M. Ghazi on same. |
| 12/03/12 | L. Bubala | 0.10 | 32.50 | Emails with LG counsel, D. Hertlein, re time to respond to complaint. |
| 12/03/12 | L. Bubala | 0.10 | 32.50 | Email with M. Ghazi, J. Shaffer and A. Kieu re additional records requested and previously promised by J. Shaffer. |
| 12/03/12 | L. Bubala | 0.20 | 65.00 | Advise B. Meich re possible trustee sale guarantee, release of WTL lien, and demand letter for King loan. |
| 12/03/12 | L. Bubala | 1.00 | 325.00 | Review and edit demand letters to King Construction and the Kings on unpaid note; research re one action and deficiency laws, and choice of law between Nevada loan and California property; develop strategy with J. Chubb on same; inquire about potential title companies in Truckee; direct B. Meich for research on same. |
| 12/03/12 | L. Bubala | 0.10 | 32.50 | Review payment information re Klumb, Rowland and Kieu. |
| 12/03/12 | L. Bubala | 0.20 | 65.00 | Review H Street insurance policy and provide recommendation to trustee. |
| 12/03/12 | L. Bubala | 0.10 | 32.50 | Followup with G. Goolsby re employment application for T. Stoever at Collier for H Street property. |
| 12/03/12 | L. Bubala | 0.40 | 130.00 | Review CPA, K. Seltzer's, resume; email with J. Chubb re options; research and email Grant Thorton Sr., Tax Manager, and J. Haugeberg re options with larger firm. |
| 12/03/12 | L. Bubala | 0.10 | 32.50 | Revise proposed motion to set claims bar date for Chapter 11 administrative expenses and direct B. Salinas to file. |
| 12/03/12 | G. Goolsby | 0.10 | 24.00 | Read proof of claim number of Wilson Olds Cadillac Toyota, for services due under contract. |
| 12/03/12 | G. Goolsby | 0.10 | 24.00 | Read Order Granting Application For Order Authorizing the Retention of AT. |
| 12/03/12 | G. Goolsby | 0.10 | 24.00 | Read Order Granting Debtor's Motion to Approve its Transfer of Segregated Trust Monies to Industrial Alliance Pacific General Insurance. |
| 12/03/12 | G. Goolsby | 0.10 | 24.00 | Read Order Granting Chapter 7 Trustee's Application for an Order Authorizing the Retention of McLaren Advisory Group as Accountant. |
| 12/03/12 | G. Goolsby | 0.10 | 24.00 | Read Order Granting Trustee's Motion for Administrative Order Pursuant to 11 U.S.C. sections 105(a) and 331 Establishing Procedures for Interim Compensation and |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

<u>MISSOURI</u>  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Expense  Reimbursement of Professionals. |
| 12/03/12 | B. Meich | 1.50 | 375.00 | Email Alex Kieu; review King Construction loan documents; calculate balance of loan with interest and penalty; discuss matter with L. Bubala; draft demand letter to King Construction; draft demand letter to guarantors; research company and guarantors; revise letters. |
| 12/03/12 | B. Meich | 1.70 | 425.00 | Review balance information re King Construction loan; email Maryam, L. Bubala and J. Chubb; consider issue of Western lien; email J. Chubb and L. Bubala re lien and sale guarantee; research recorded documents re lien release. |
| 12/03/12 | B. Salinas | 1.30 | 227.50 | Prepare and file Notice of Entry of Order Granting Retention of AT; Debtors' Motion to Approve Transfer of IAP; Retention of McLaren; and Interim Compensation and Expense Reimbursement. |
| 12/04/12 | L. Bubala | 0.30 | 97.50 | Emails with GT CPA, J. Haugeberg, and meeting with trustee re representation on consolidation issues. |
| 12/04/12 | L. Bubala | 0.10 | 32.50 | Emails with M. Ghazi and G. Goolsby re fee application papers for November. |
| 12/04/12 | L. Bubala | 0.10 | 32.50 | Telephone call with LG counsel, R. Stovall, re negotiations on Dale Holdings sale. |
| 12/04/12 | L. Bubala | 0.10 | 32.50 | Review proposed release of WTL deed of trust against King property in Truckee; email with B. Meich and J. Chubb re same. |
| 12/04/12 | L. Bubala | 0.10 | 32.50 | Telephone call with WIC counsel S. Lilja re issues on Dale Holdings sale. |
| 12/04/12 | L. Bubala | 0.10 | 32.50 | Emails with G. Goolsby and G. Brozovich re AT fee application for November 2012. |
| 12/04/12 | L. Bubala | 1.00 | 325.00 | Research re title company in Truckee for King prelim and foreclosure; emails and meeting with B. Meich re foreclosure legal and procedural issues; emails with B. Meich and trustee on next steps to recover debt; telephone call to King Construction CFO, J. Cutler; update J. Chubb and B. Meich on listing and payment of debt. |
| 12/04/12 | L. Bubala | 0.30 | 97.50 | Prepare for meeting with trustee and GT accountants J. Haugeberg and K. Pierce re consolidation issues. |
| 12/04/12 | L. Bubala | 0.70 | 227.50 | Meeting with trustee and GT accountants J. Haugeberg and K. Pierce re consolidation issues. |
| 12/04/12 | L. Bubala | 0.20 | 65.00 | Meeting with H Street broker T. Stoever re listing and potential purchaser. |
| 12/04/12 | L. Bubala | 0.30 | 97.50 | Update conflict list and circulate to GT accountants for review; direct B. Salinas to run supplemental conflict check. |
| 12/04/12 | L. Bubala | 0.40 | 130.00 | Review and edit application to engage Collier to list H Street property, supporting declaration and listing agreement; email and calls with G. Goolsby re revisions to listing agreement. |
| 12/04/12 | L. Bubala | 0.30 | 97.50 | Edit CBRE listing agreement re dual agency and arbitration; telephone call with trustee re changes on same; email with CBRE agent G. Sims and trustee on same. |
| 12/04/12 | L. Bubala | 0.10 | 32.50 | Review insurance proposal from A. Kieu re McCarran |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb                                      January 30, 2013
50 West Liberty, Suite 950                    Invoice No.  1617471
Reno, NV 89501                                   File No.  30833 / 4

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | property; email with her on correct documentation and detail of coverage or potential coverage. |
| 12/04/12 | L. Bubala | 0.10 | 32.50 | Review Alpine Insurance policy proposal for H Street with trustee and wait for her follow up with Alpine on coverage. |
| 12/04/12 | G. Goolsby | 0.10 | 24.00 | Read and respond to emails from L. Bubala re drafting interim fee requests for McLaren and AT. |
| 12/04/12 | G. Goolsby | 0.40 | 96.00 | Draft McLaren's Third Monthly Fee Request for the Period of November 1, 2012 through November 30, 2012 (.3); email to L. Bubala for review (.1). |
| 12/04/12 | G. Goolsby | 0.40 | 96.00 | Draft AT's Fourth Monthly Fee Request for the Period of November 1, 2012 through November 30, 2012 (.3); email to L. Bubala for review (.1). |
| 12/04/12 | G. Goolsby | 0.10 | 24.00 | Review filed Third Monthly Fee Request by McLaren. |
| 12/04/12 | G. Goolsby | 0.10 | 24.00 | Review filed Fourth Monthly Fee Request by AT. |
| 12/04/12 | G. Goolsby | 0.60 | 144.00 | Revise Application to Retain Colliers International. |
| 12/04/12 | G. Goolsby | 0.40 | 96.00 | Revise Stoever Declaration in support of App to Retain Colliers. |
| 12/04/12 | G. Goolsby | 0.20 | 48.00 | Review and revise listing agreement with Colliers International. |
| 12/04/12 | B. Meich | 2.60 | 650.00 | Correspond with L. Bubala re legal research; research foreclosure laws in California; research one-action rule; research deficiency actions; research actions on guarantee; discuss foreclosure and title report with Bonnie Dyer; review loan documents; call Placer Foreclosure; discuss matter with L. Bubala; prepare file; discuss sale guarantee and nonjudicial foreclosure with Ron at Placer Foreclosure; prepare deed of trust; email Placer Foreclosure. |
| 12/04/12 | B. Meich | 2.30 | 575.00 | Correspond with Alex Kieu re King Construction documents re lien priority; correspond with Maryam re preliminary title report, appraisal and other documents; draft release of deed of trust; review terms of deed of trust; correspond with J. Chubb and L. Bubala re release of lien; correspond and discuss matter with L. Bubala re title company; call Placer Title; revise release of trust deed; draft email with recommended action to J. Chubb. |
| 12/04/12 | B. Salinas | 0.30 | 52.50 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 12/04/12 | B. Salinas | 1.30 | 227.50 | Revise; finalize and file Armstrong Teasdale LLP's and McLaren's Fee Applications; mail pursuant to certificate of service. |
| 12/05/12 | L. Bubala | 0.20 | 65.00 | Emails with CBRE agent, G. Sims, re revisions to McCarran listing agreement; review changes; email with J. Shaffer, A. Kieu and C. Byrne re execution of agreement. |
| 12/05/12 | L. Bubala | 0.10 | 32.50 | Telephone call with trustee re collection on King debt and release of WTL loan. |
| 12/05/12 | L. Bubala | 0.10 | 32.50 | Telephone call with trustee re supplemental disclosure based on additional parties in case and W Nevada Supply as junior lienor on King property. |
| 12/05/12 | L. Bubala | 0.20 | 65.00 | Emails with creditor, H. Rothbaum, from Pinnacle re potential claim; direct B. Salinas on scope of |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI   KANSAS   ILLINOIS   NEVADA   SHANGHAI

Janet L. Chubb                                                                  January 30, 2013
50 West Liberty, Suite 950                                          Invoice No.  1617471
Reno, NV 89501                                                        File No.  30833 / 4

| | | | | communication with creditor; consult with trustee on same. |
|---|---|---|---|---|
| 12/05/12 | L. Bubala | 0.30 | 97.50 | Review materials from WIC liquidator on Western Moana Properties' property and obligations; email with trustee and accountants on evaluation of the same. |
| 12/05/12 | L. Bubala | 0.20 | 65.00 | Review Collier application and related documents to list H Street property and direct G. Goolsby and B. Salinas on revisions. |
| 12/05/12 | L. Bubala | 0.10 | 32.50 | Review and approve proposed stipulation for response on LG litigation. |
| 12/05/12 | L. Bubala | 0.40 | 130.00 | Advise B. Meich and trustee re documentation and procedure for reconveyance of WTL deed of trust. |
| 12/05/12 | L. Bubala | 0.10 | 32.50 | Emails with J. Shaffer, A. Kieu and C. Byrne re execution of McCarran listing agreement with CBRE. |
| 12/05/12 | G. Goolsby | 0.10 | 24.00 | Read and respond to emails from L. Bubala re revisions to make to Stoever Declaration. |
| 12/05/12 | G. Goolsby | 0.10 | 24.00 | Read emails from L. Bubala directing me to create redline of Colliers International listing agreement to the changed version I created for Ted Stoever's review. |
| 12/05/12 | G. Goolsby | 0.20 | 48.00 | Create redline version of Colliers International's listing agreement for Ted Stoever's review. |
| 12/05/12 | G. Goolsby | 0.10 | 24.00 | Email Ted Stoever  Declaration, Application to Retain Colliers, and redline version of listing agreement for his review. |
| 12/05/12 | G. Goolsby | 0.20 | 48.00 | Revise Stoever Declaration with revisions from L. Bubala. |
| 12/05/12 | G. Goolsby | 0.20 | 48.00 | Draft Order Granting Chapter 7 Trustee's Ex Parte Application for an Order Authorizing the Retention of Colliers International. |
| 12/05/12 | B. Meich | 0.20 | 50.00 | Correspond with J. Chubb and L. Bubala re recommended plan on King Construction note; correspond with Placer Foreclosure. |
| 12/05/12 | B. Meich | 2.00 | 500.00 | Discuss release of Western Thrift lien with J. Chubb; prepare file re release; direct staff; review draft release; draft request for full reconveyance of deed of trust; correspond with L. Bubala and J. Chubb; discuss matter with L. Bubala; discuss matter with and draft email to trustee on deed of trust. |
| 12/05/12 | B. Salinas | 0.40 | 70.00 | Draft Second Stipulation Further Extending Answer Date. |
| 12/05/12 | B. Salinas | 0.30 | 52.50 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 12/06/12 | L. Bubala | 0.20 | 65.00 | Review supplemental conflict check; direct B. Salinas on additional conflict check, distribution of names to other professionals, and drafting of supplemental declarations. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Email with WTL counsel M. Trafton and B. Meich re release of WTL lien on King property. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Email with A. Kieu and M. Ghazi re insurance policy for McCarran property jointly owned by Western Bonding. |
| 12/06/12 | L. Bubala | 1.20 | 390.00 | Review LG records and Dale Holdings sale proposal; telephone call with M. Ghazi re her investigation of same and evaluation options. |
| 12/06/12 | L. Bubala | 0.30 | 97.50 | Direct B. Meich re NADC litigation, NADC counsel |


**Armstrong Teasdale**

50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

<u>MISSOURI</u>  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb                                                     January 30, 2013
50 West Liberty, Suite 950                                  Invoice No.  1617471
Reno, NV 89501                                                File No.  30833 / 4

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | motion to withdraw, potential motion to dismiss, and potential bankruptcy. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Emails with WTL counsel M. Trafton re release of lien on King property. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Direct B. Meich re status of WTL payments and litigation, with followup with trustee and accountants on status of payments. |
| 12/06/12 | L. Bubala | 0.50 | 162.50 | Prepare summary of distribution of funds from Dale Holdings proposed sale; email with M. Ghazi on same; telephone call with WIC counsel S. Lilja on same. |
| 12/06/12 | L. Bubala | 0.50 | 162.50 | Review LG issues with Dale Holdings sale with J. Chubb. |
| 12/06/12 | L. Bubala | 0.50 | 162.50 | Telephone call with WIC counsel S. Lilja re LG issues with Dale Holdings sale. |
| 12/06/12 | L. Bubala | 0.40 | 130.00 | Review Admin Plus' S. Goughin's email to Ohio DAG M. Wright re requests for information and attached documents. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Review email from WIC counsel S. Lilja to LG counsel R. Stovall and D. Hertlein re potential sale issues for Dale Holdings property. |
| 12/06/12 | L. Bubala | 0.40 | 130.00 | Review bankruptcy petition, schedules and statements, and 341 notice from NADC; circulate with comments to J. Chubb, T. Lumsden and M. Ghazi. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Review notice of NADC bankruptcy drafted by B. Meich and direct B. Salinas on filing. |
| 12/06/12 | L. Bubala | 0.20 | 65.00 | Emails and calls with GT accountants J. Haugeberg and J. Chubb re tax deconsolidation. |
| 12/06/12 | L. Bubala | 0.20 | 65.00 | Meeting with trustee re filing request for deconsolidation; emails with T. Lumsden, M. Ghazi and trustee on timing for return; email with IRS counsel R. Thorley on same. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Review claim filed by North Bay Nissan. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Direct B. Meich to follow up on WTL litigation re status of payments and preferred stock interest. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Emails with trustee, T. Lumsden and M. Ghazi re NADC bankruptcy filing and claims and counterclaims. |
| 12/06/12 | L. Bubala | 0.20 | 65.00 | Email with M. Ghazi and B. Meich re WTL financials; review documents and follow up with questions on recovery. |
| 12/06/12 | L. Bubala | 0.10 | 32.50 | Emails with trustee, M. Ghazi, B. Meich and T. Lumsden re evaluation of WTL performance. |
| 12/06/12 | B. Meich | 0.50 | 125.00 | Correspond with L. Bubala and J. Chubb re lien release; draft request for release to Mark Trafton; consider response re execution of request; prepare file. |
| 12/06/12 | B. Meich | 2.10 | 525.00 | Discuss LG matter with L. Bubala; discuss Western Thrift lawsuit with L. Bubala; discuss NADC litigation with L. Bubala; discuss Western Thrift with J. Chubb; consider status of motion with withdraw; consider motion to dismiss NADC litigation; review Hank Bailey correspondence; research Colorado bankruptcy petitions; correspond with L. Bubala re motion to dismiss; draft notice of bankruptcy for main case; alter caption for adversary case; draft notice for adversary case; correspond with L. Bubala and B. Salinas re |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

<u>MISSOURI</u>   KANSAS   ILLINOIS   NEVADA   SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Colorado bankruptcy of NADC; correspond with Maryam re Western Thrift action; discuss Western Thrift with Maryam. |
| 12/06/12 | B. Salinas | 0.20 | 35.00 | File Ex Parte Motion to Set Bar Date; upload Order. |
| 12/06/12 | B. Salinas | 0.20 | 35.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 12/07/12 | L. Bubala | 0.10 | 32.50 | Email with LG counsel D. Hertlein re stipulation to extend response to complaint and confirm filing with B. Salinas. |
| 12/07/12 | L. Bubala | 0.10 | 32.50 | Email from Ohio DAG M. Wright re follow up on her investigation. |
| 12/07/12 | L. Bubala | 0.30 | 97.50 | Develop strategy with B. Meich and trustee re WTL payments and setoffs. |
| 12/07/12 | L. Bubala | 0.10 | 32.50 | Coordinate followup meeting with GT accountants and trustee. |
| 12/07/12 | L. Bubala | 0.10 | 32.50 | Review T. Lumsden response on supplemental conflict check and direct B. Salinas on preparation of supplemental delcaration. |
| 12/07/12 | B. Meich | 1.60 | 400.00 | Review correspondence with J. Chubb, L. Bubala, Maryam and Tom; review summaries of facts, accounts, and proposed wind down; conference with J. Chubb and L. Bubala; email Maryam re obvious cost savings; email Maryam and Tom re pledge on money market account and setoff; consider consideration issue; review file for assignment; email staff re file. |
| 12/07/12 | B. Salinas | 0.30 | 52.50 | Finalize and file Second Stipulation Extending Answer Date; upload Order; email to LG Warranty counsel. |
| 12/07/12 | B. Salinas | 0.60 | 105.00 | Finalize and file with the U.S. Bankruptcy Court (main and adversary case), Notice of NDAC Bankruptcy filing, State of Colorado. |
| 12/07/12 | B. Salinas | 0.20 | 35.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 12/10/12 | L. Bubala | 0.20 | 65.00 | Telephone call with trustee and Grant CPAs J. Haugeberg and K. Pierce re tax sharing or consolidation. |
| 12/10/12 | L. Bubala | 0.10 | 32.50 | Emails with CBRE agent G. Sims and with trustee re status of interest in McCarran property and inspection of same. |
| 12/10/12 | L. Bubala | 0.10 | 32.50 | Review settlement payment arising from member in SEC/BOA class action; emails with J. Shaffer and trustee on same; direct C. Byrne re change of address for further communication. |
| 12/10/12 | L. Bubala | 0.10 | 32.50 | Direct G. Goolsby re followup with Collier broker T. Stoever re listing agreement. |
| 12/10/12 | G. Goolsby | 0.10 | 24.00 | Email Ted Stoever re his review and approval of application to retain Colliers International. |
| 12/10/12 | B. Meich | 1.40 | 350.00 | Review correspondence and attached documents from staff re Western Thrift; correspond with Maryam; email Alex Kieu re money market assignment; review status of Hillery note and Canaan assignment; discuss matter with J. Chubb; call Canaan Hillery; email Canaan Hillery; discuss with J. Chubb her conversation with James Hillery; consider payment plan; discuss matter with James Hillery; calendar |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI   KANSAS   ILLINOIS   NEVADA   SHANGHAI

Janet L. Chubb                                      January 30, 2013
50 West Liberty, Suite 950                      Invoice No.  1617471
Reno, NV 89501                                   File No.  30833 / 4

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | follow up. |
| 12/11/12 | L. Bubala | 0.10 | 32.50 | Email with Ohio DAG M. Wright and Admin Plus/LG officers re funding for VSC agreements. |
| 12/11/12 | L. Bubala | 0.10 | 32.50 | Review T. Stoever declaration for engagement to list H Street property and status of potential buyer; direct G. Goolsby and B. Salinas on approval by US Trustee and filing. |
| 12/11/12 | L. Bubala | 0.10 | 32.50 | Revise supplemental declarations on relationships with parties in case. |
| 12/11/12 | L. Bubala | 0.10 | 32.50 | Email with WTL's T. Newman, M. Ghazi and trustee re WTL payment schedule. |
| 12/11/12 | G. Goolsby | 0.10 | 24.00 | Read and respond to email from Ted Stoever re approval of his declaration and application to employ Colliers International. |
| 12/11/12 | G. Goolsby | 0.10 | 24.00 | Email Bill Cossitt application to employ Colliers International and Declaration of Ted Stoever ISO application to employ. |
| 12/11/12 | G. Goolsby | 0.10 | 24.00 | Revise Application with comment from Bill Cossitt and email application and order to him for his approval. |
| 12/11/12 | G. Goolsby | 0.10 | 24.00 | Email application, order, declaration and exhibits to J. Chubb for final review. |
| 12/11/12 | B. Meich | 0.20 | 50.00 | Correspond with Alex Kieu, J. Chubb and staff re Western Thrift matters. |
| 12/11/12 | B. Salinas | 0.60 | 105.00 | Finalize for filing Ex Parte Application to Employ Colliers International; Declaration of Theodore Stoever and draft Certificate of Service. |
| 12/11/12 | B. Salinas | 1.20 | 210.00 | Draft Supplemental Declaration of Janet L. Chubb; Louis M. Bubala III, Tom Lumsden and Grant Sims. |
| 12/11/12 | B. Salinas | 0.50 | 87.50 | Review and process of multiple pleadings received from U.S. Bankruptcy Court. |
| 12/12/12 | L. Bubala | 0.10 | 32.50 | Direct G. Goolsby and B. Salinas on filing of Collier employment application for H Street listing. |
| 12/12/12 | L. Bubala | 1.50 | 487.50 | Research re letter requisition and basis for deconsolidation; develop strategy with J. Chubb; telephone call with J. Chubb and J. Shaffer on same. |
| 12/12/12 | L. Bubala | 2.00 | 650.00 | Additional research in secondary authority on good cause and bankruptcy to warrant deconsolidation; draft letter for A&H to request election to deconsolidate and email to J. Shaffer and A. Kieu. |
| 12/12/12 | B. Salinas | 0.50 | 87.50 | Finalize and file Trustee's Ex Parte Application to Employ Colliers International; Declaration of Theodore Stoever; Order and Certificate of Service. |
| 12/12/12 | B. Salinas | 0.20 | 35.00 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 12/13/12 | L. Bubala | 0.20 | 65.00 | Emails with J. Shaffer re tax consolidation issues and request to IRS. |
| 12/13/12 | L. Bubala | 0.10 | 32.50 | Emails with A. Kieu and with B. Meich re King property and WTL release of lien. |
| 12/13/12 | L. Bubala | 0.10 | 32.50 | Emails with GT accountant, K. Pierce, re timing issues for tax returns. |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

| | | | | |
|---|---|---|---|---|
| Janet L. Chubb | | | | January 30, 2013 |
| 50 West Liberty, Suite 950 | | | | Invoice No.  1617471 |
| Reno, NV 89501 | | | | File No.  30833 / 4 |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 12/13/12 | L. Bubala | 0.50 | 162.50 | Review LG counterprorosal on Dale Holding sale; telephone call with WIC counsel, S. Lilja, on same; email with LG counsel, R. Stovall on same; email with trustee on evaluation. |
| 12/13/12 | L. Bubala | 0.10 | 32.50 | Telephone call with courtroom deputy L. Duffy re timing for potential stipulation and order on sale of Dale Holdings before end of year due to judge's schedule. |
| 12/13/12 | L. Bubala | 0.20 | 65.00 | Telephone call with WIC counsel, S. Lilja, re Dale Holdings proposals. |
| 12/13/12 | L. Bubala | 0.20 | 65.00 | Followup with trustee on proceeding with funds held in escrow on Dale Holdings claim; update WIC counsel S. Lilja and inquire re status of discussion with WIC liquidator L. Stillman. |
| 12/13/12 | B. Meich | 0.50 | 125.00 | Correspond with L. Bubala and J. Chubb re release of lien; review email and attachment from Alex Kieu; direct staff; review executed request for full reconveyance; prepare file. |
| 12/13/12 | B. Meich | 0.80 | 200.00 | Review notes from Alex Kieu and J. Chubb re Klumb note and payments; discuss matter with staff; review note information; review amortization schedule; review previous correspondence; review tax information from Marquette County; review tax installment information; direct staff re tax payment. |
| 12/13/12 | B. Salinas | 0.40 | 70.00 | Prepare and file Notice of Entry of Order Granting Ex Parte Application to Employ Colliers International. |
| 12/14/12 | L. Bubala | 1.00 | 325.00 | Telephone calls and emails with WIC counsel, S. Lilja, and with LG counsel, R. Stovall, and D. Hertlien re Dale Holdings sale and escrow issues, particularly terminology of rights attaching to proceeds held in escrow same as if still attached to real property. |
| 12/14/12 | L. Bubala | 0.10 | 32.50 | Email with trustee re tax deconsolidation request and letter to IRS. |
| 12/14/12 | L. Bubala | 0.20 | 65.00 | Telephone call with DriverzEdge president, R. Roback, re payments to LG. |
| 12/14/12 | L. Bubala | 0.20 | 65.00 | Coordinate conference call with trustee, accountants and DriverzEdge president R. Roback re LG payments. |
| 12/14/12 | L. Bubala | 0.10 | 32.50 | Direct B. Salinas on followup on administrative bar date motion. |
| 12/14/12 | L. Bubala | 0.10 | 32.50 | Emails with trustee and direct C. Byrne re management of WTL reports on payments to us. |
| 12/14/12 | L. Bubala | 0.10 | 32.50 | Email with B. Meich and A. Kieu re additional documentation to release WTL lien against King property. |
| 12/14/12 | B. Meich | 0.30 | 75.00 | Review request and recording requirements re release of lien; review correspondence with trustee Placer Title; email Alex Kieu, J. Chubb and L. Bubala. |
| 12/17/12 | L. Bubala | 0.10 | 32.50 | Coordinate call with Dealerz Edge president, R. Roback, and accountants T. Lumsden and M. Ghazi and trustee. |
| 12/17/12 | L. Bubala | 0.10 | 32.50 | Emails and calls with WIC counsel, S. Lilja, re Dale Holdings proposal and escrow issues. |
| 12/17/12 | L. Bubala | 0.10 | 32.50 | Review proposed McCarran property flier from CBRE. |
| 12/17/12 | B. Meich | 0.10 | 25.00 | Review payment information on Klumb matter. |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

<u>MISSOURI</u>  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| | | | | |
|---|---|---|---|---|
| 12/17/12 | B. Salinas | 0.90 | 157.50 | Review and process multiple Proofs of Claim received from U.S. Bankruptcy Court. |
| 12/18/12 | L. Bubala | 0.30 | 97.50 | Emails with GT CPA K. Pierce and T. Lumsden re prior tax returns. |
| 12/18/12 | L. Bubala | 0.10 | 32.50 | Follow up email with CPA K. Selzer re possible retention. |
| 12/18/12 | L. Bubala | 0.20 | 65.00 | Prepare for call with R. Roback and DriverzEdge claims; call with him and leave voicemail; update T. Lumsden and M. Ghazi. |
| 12/18/12 | L. Bubala | 0.10 | 32.50 | Email with trustee and Collier broker T. Stoever re listing and showing of H Street property. |
| 12/18/12 | L. Bubala | 0.10 | 32.50 | Direct G. Goolsby re review of proofs of claim. |
| 12/18/12 | L. Bubala | 0.10 | 32.50 | Followup emails with Drivers Edge president, R. Roback, re call over LG payments. |
| 12/18/12 | L. Bubala | 0.20 | 65.00 | Email with LG counsel, R. Stovall, re Dale Holding escrow agreement and review with trustee. |
| 12/18/12 | L. Bubala | 0.30 | 97.50 | Telephone call with WIC counsel, S. Lilja, re disputed issues on escrow for Dale Holding closing. |
| 12/18/12 | L. Bubala | 0.10 | 32.50 | Email with WIC counsel, S. Lilja, and LG counsel, R. Stovall, re disputed issues on escrow for Dale Holding closing. |
| 12/19/12 | L. Bubala | 0.10 | 32.50 | Emails with DriverzEdge president, R. Roback, and M. Ghazi re claims of funds paid to LG |
| 12/19/12 | L. Bubala | 0.50 | 162.50 | Review proposed escrow agreement on Dale Holdings sale from LG counsel, R. Stovall, and redlines from WIC counsel, S. Lilja. |
| 12/19/12 | L. Bubala | 0.10 | 32.50 | Telephone call with LG counsel, R. Stovall, re proposed escrow agreement on Dale Holdings sale. |
| 12/19/12 | L. Bubala | 0.10 | 32.50 | Telephone call with trustee re proposed escrow agreement on Dale Holdings. |
| 12/19/12 | L. Bubala | 0.20 | 65.00 | Telephone call with WIC counsel, S. Lilja, re proposed redlines to Dale Holding escrow agreement. |
| 12/19/12 | L. Bubala | 0.30 | 97.50 | Telephone call with trustee re proposed changes to Dale Holdings escrow agreement. |
| 12/19/12 | L. Bubala | 0.20 | 65.00 | Emails with Express Systems counsel A. Weill's assistant, E. Blasier, re rights in non-estate funds; emails with M. Ghazi and T. Lumsden on same. |
| 12/19/12 | L. Bubala | 0.90 | 292.50 | Draft redline and comments to proposed Dale Holdings' escrow agreement; research re Hummel Title; email with trustee and WIC counsel, S. Lilja, and M. Galvin-Wagg on same; email with M. Ghazi and T. Lumsden re notes. |
| 12/19/12 | L. Bubala | 0.20 | 65.00 | Emails with M. Ghazi, C. Byrne and J. Chubb re Maloy loan payments and note history. |
| 12/19/12 | G. Goolsby | 0.10 | 24.00 | Read emails from Andy Weill re update on Claim # 6 and response from L. Bubala. |
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Follow up research re Dale Holdings title company for escrow. |
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Follow,up email with M. Ghazi re documentation on Express Systems' claim #6. |
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Email with DriverzEdge president, R. Roback, re documents re claim reserve. |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Telephone call with WIC counsel, M. Galvin-Wagg, re negotiations over Dale Holdings escrow agreement. |
| 12/20/12 | L. Bubala | 0.30 | 97.50 | Telephone call with DriverzEdge president, R. Roback, and M. Ghazi re potential reserves held by AIS. |
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Email with DriverzEdge president, R. Roback, re claims and direct C. Byrne to email him claim form. |
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Review correspondence on WTL and direct C. Byrne to send claim form to T. Newman. |
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Telephone call with LG counsel, R. Stovall, re status of Dale Holding escrow agreement. |
| 12/20/12 | L. Bubala | 0.30 | 97.50 | Review proposed redline changes on Dale Holding escrow agreement with WIC counsel, S. Lilja. |
| 12/20/12 | L. Bubala | 0.30 | 97.50 | Update proposed Dale Holdings escrow agreement with changes from WIC counse,l S. Lilja, and circulate to LG counsel, R. Stovall. |
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Emails with Express counsel, A. Weill, and M. Ghazi re potential surrender of funds allegedly owed to WTL; email with trustee re strong-arm powers. |
| 12/20/12 | L. Bubala | 0.10 | 32.50 | Follow,up with B. Meich re documents necessary for reconveyance of WTL lien on King property. |
| 12/20/12 | B. Meich | 0.10 | 25.00 | Discuss Western Thrift claim with J. Chubb and L. Bubala. |
| 12/20/12 | B. Meich | 0.40 | 100.00 | Investigate status of release of lien; email Alex Kieu re deed of trust and letter of credit; discuss matter with L. Bubala; email title company; email L. Bubala. |
| 12/20/12 | B. Salinas | 0.10 | 17.50 | Review and process of pleadings received from U.S. Bankruptcy Court. |
| 12/21/12 | L. Bubala | 0.20 | 65.00 | Follow up emails with DriverzEdge president, R. Roback, and M. Ghazi re documents re potential claim; circulate to C. Byrne to manage documents for files. |
| 12/21/12 | L. Bubala | 0.50 | 162.50 | Arrange for payment of professional fees and telephone call with US Trustee counsel, W. Cossitt, on same; emails with T. Lumsden and direct E. Rollins on same. |
| 12/21/12 | L. Bubala | 0.20 | 65.00 | Email with R. Stovall and initial review of revised settlement agreement. |
| 12/21/12 | L. Bubala | 0.10 | 32.50 | Email with H. Pyatt re fees for Dale Holdings transaction. |
| 12/23/12 | L. Bubala | 0.10 | 32.50 | Email with trustee re flyer on sale of McCarran property by CBRE. |
| 12/24/12 | L. Bubala | 0.50 | 162.50 | Emails and telephone calls with trustee and WIC counsel, S. Lilja, re revisions to Dale Holding escrow agreement; email with LG counsel, R. Stovall, on same. |
| 12/26/12 | L. Bubala | 0.20 | 65.00 | Emails with Dale Holding counsel, R. Stovall, re requested documents to release deeds of trust; review proposed documents on same. |
| 12/26/12 | L. Bubala | 0.10 | 32.50 | Telephone call with WIC counsel, S. Lilja, re proposed Dale Holding documents for sale. |
| 12/26/12 | L. Bubala | 3.00 | 975.00 | Emails and calls with WIC counsel, S. Lilja, and LG counsel, R. Stovall, re Dale Holding sale papers; review papers; research secured position; drafted proposed stipulation and order for potential sale. |
| 12/26/12 | L. Bubala | 0.30 | 97.50 | Emails with WIC counsel, S. Lilja, and call with trustee re |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | payment of attorneys fees from Dale Holdings sale. |
| 12/26/12 | L. Bubala | 0.20 | 65.00 | Telephone call with trustee re Dale Holding secured claims status and documentation. |
| 12/26/12 | L. Bubala | 0.10 | 32.50 | Emails with WIC counsel, S. Lilja, re rights to attorneys fees in Dale Holding transaction. |
| 12/26/12 | L. Bubala | 0.30 | 97.50 | Revise stipulation as to rights of parties for Dale Holding sale based on discussion with trustee; email with M. Ghazi re loan documents. |
| 12/26/12 | L. Bubala | 0.30 | 97.50 | Emails and calls with T. Lumsden, AIS' A. Kieu and WIC's B. Hunt re 2006/07 and 2008 loan documents; research on same. |
| 12/26/12 | L. Bubala | 0.10 | 32.50 | Email with T. Brown and B. Edwards at CBRE re marketing of McCarran property. |
| 12/26/12 | L. Bubala | 0.10 | 32.50 | Telephone call with A. Kieu re documents on 2006/07 and 2008 LG loans, copies and originals. |
| 12/26/12 | L. Bubala | 0.40 | 130.00 | Emails with LG counsel, R. Stovall, and WIC counsel, S. Lilja, re escrow distribution, legal fees, court approval, and closing timing; emails with AIS' re loan papers. |
| 12/26/12 | B. Meich | 0.30 | 75.00 | Review status of document request in re release of Western Thrift lien; correspond with Alex Kieu re deed of trust. |
| 12/27/12 | L. Bubala | 0.10 | 32.50 | Email with LG counsel, R. Stovall, re closing today and court authority. |
| 12/27/12 | L. Bubala | 2.00 | 650.00 | Review proposed release or mortgage interests; review loan documents from debtor to determine rights under both sets of mortgage deeds; research Dale Holding property interests in Franklin County, Ohio; compare loan agreement, deed of trust, and property holdings; emails with LG counsel, R. Stovall, re concerns about scope of requested release. |
| 12/27/12 | L. Bubala | 0.10 | 32.50 | Email with CBRE's, T. Brown, re marketing of McCarran property. |
| 12/27/12 | L. Bubala | 0.10 | 32.50 | Telephone call with WIC counsel, S. Lilja, re negotiations with iStar's, S. Spencer, on closing timelines. |
| 12/27/12 | L. Bubala | 0.60 | 195.00 | Review LG revisions to proposed stipulation and order for bankruptcy court; make additional revisions based on discussions during day with WIC and LG and recirculate for review. |
| 12/27/12 | L. Bubala | 0.10 | 32.50 | Direct B. Salinas to apply for online access in Allen County, Ohio, for Assessor's office to follow up on recording of LG/Dale Holding mortgage deed against property in Lima. |
| 12/27/12 | L. Bubala | 0.20 | 65.00 | Follow up phone call with WIC counsel, S. Lilja, re Dale Holding negotiations and closing after conference call. |
| 12/27/12 | L. Bubala | 0.30 | 97.50 | Telephone call with LG counsel, R. Stovall, and WIC counsel, S. Lilja, re remaining issues for Dale Holding closing and court approval. |
| 12/27/12 | L. Bubala | 0.50 | 162.50 | Emails with LG counsel, R. Stovall, and WIC counsel, S. Lilja, re additional revisions to escrow agreement and related documents. |
| 12/27/12 | L. Bubala | 0.30 | 97.50 | Emails with T. Lumsden re security interest in Dale |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Holding property, LG note obligation and scope of release. |
| 12/27/12 | L. Bubala | 0.10 | 32.50 | Emails with T. Lumsden and trustee re procedure to evaluate claims and payments of LG following Dale Holding sale. |
| 12/27/12 | L. Bubala | 0.10 | 32.50 | Emails with trustee re updated on Dale Holding revisions and potential closing with payment of Dale Holding attorney fees but not other attorney fees. |
| 12/27/12 | L. Bubala | 0.20 | 65.00 | Emails with B. Meich and A. Kieu re King documents and WTL claim documents; follow up with B. Meich on evaluation. |
| 12/27/12 | L. Bubala | 0.20 | 65.00 | Direct B. Salinas to follow up with J. Otto re original of LG/Dale Holding mortgage deed since it was originally recorded by her on behalf of Access. |
| 12/27/12 | L. Bubala | 0.30 | 97.50 | Review and summarize new original documents provided by Debtor. |
| 12/27/12 | L. Bubala | 0.30 | 97.50 | Emails with LG counsel, R. Stovall, and WIC counsel, S. Lilja, re court approval requirements and additional terms for escrow agreement. |
| 12/27/12 | B. Meich | 0.60 | 150.00 | Correspond with Alex Kieu and L. Bubala re documents and security agreement; review terms of agreement; email J. Chubb and L. Bubala; discuss consideration issue with L. Bubala; correspond with parties re original documents. |
| 12/27/12 | B. Meich | 0.70 | 175.00 | Correspond with Alex Kieu and title company re deed of trust; correspond with L. Bubala and J. Chubb re release of lien; review deed from Alex Kieu; review file and email correct deed to Alex Kieu; review document; correspond with title company. |
| 12/28/12 | L. Bubala | 3.50 | 1137.50 | Emails with LG counsel, R. Stovall, and WIC counsel, S. Lilja, on Dale Holdings; review additional drafts and revisions of escrow, releases, and stipulation; research re property rights and requested releases. |
| 12/28/12 | L. Bubala | 0.10 | 32.50 | Direct B. Meich re documentation for King-WTL lien release. |
| 12/28/12 | L. Bubala | 0.20 | 65.00 | Telephone call with WIC counsel, S. Lilja, re remaining issues for Dale Holding deal on court approval, stipulation, and property releases. |
| 12/28/12 | L. Bubala | 0.10 | 32.50 | Confirm with J. Otto on original of 2008 deed of trust for Dale Holding and arrange delivery next week. |
| 12/28/12 | L. Bubala | 0.10 | 32.50 | Emails with WIC counsel, M. Galvin-Wagg, and LG counsel, R. Stovall, re motion to approve Dale Holdings sale filed in Utah court. |
| 12/28/12 | B. Meich | 0.20 | 50.00 | Correspond with L. Bubala and staff re original documents for lien release; consider requirements for full reconveyance of the lien. |
| 12/31/12 | L. Bubala | 0.50 | 162.50 | Emails with LG counsel, R. Stovall, and WIC counsel, M. Galvin-Wagg, re executed stipulation and order; finalize and file. |
| 12/31/12 | L. Bubala | 0.10 | 32.50 | Email with A. Kieu re BOA claim and settlement documents delivered to her office; arrange for C. Byrne to pick up. |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| 12/31/12 | L. Bubala | 0.10 | 32.50 | Review WIC liquidator's papers filed in Utah state court seeking authority for closing on Dale Holdings sale. |
| 12/31/12 | B. Meich | 0.70 | 175.00 | Direct staff re original documents for release; review original deed of trust and additions to version previously viewed; review letter of credit; draft letter to trustee for release; direct staff re payment; discuss matter with J. Chubb. |

Total Hours:    80.20

Total Services    22,714.50

## Disbursements Summary

| Date | Cost | Amount |
|---|---|---|
| 12/01/12 | Courier Service - VENDOR: Bootleg Courier LLC; INVOICE#: 1108; DATE: 12/1/2012 | 15.00 |
| 12/13/12 | UPS Overnight Delivery - UPS, , Commissioner of Internal Revenue | 23.63 |
| 12/26/12 | Teleconference Costs - Premiere Global; Invoice: 12626796; Call on 11/14/2012 | 5.67 |
| 12/31/12 | Database Search - Pacer, July thru September, 2012 | 16.60 |
| 12/31/12 | Database Search - Pacer, July thru September, 2012 | 147.10 |
| 12/02/12 | Digital Reproductions - User: 10537, 8 pages | 1.12 |
| 12/03/12 | Digital Reproductions - User: 0736, 218 pages | 30.52 |
| 12/04/12 | Digital Reproductions - User: 10537, 353 pages | 49.42 |
| 12/05/12 | Digital Reproductions - User: 0736, 105 pages | 14.70 |
| 12/06/12 | Digital Reproductions - User: 0735, 32 pages | 4.48 |
| 12/07/12 | Digital Reproductions - User: 0736, 50 pages | 7.00 |
| 12/10/12 | Digital Reproductions - User: 10537, 56 pages | 7.84 |
| 12/11/12 | Digital Reproductions - User: 10537, 471 pages | 65.94 |
| 12/12/12 | Digital Reproductions - User: 0736, 149 pages | 20.86 |
| 12/13/12 | Digital Reproductions - User: 10537, 80 pages | 11.20 |
| 12/14/12 | Digital Reproductions - User: 10212, 7 pages | 0.98 |
| 12/17/12 | Digital Reproductions - User: 0734, 1,243 pages | 174.02 |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

<u>MISSOURI</u>  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| Disbursements Summary | | |
|---|---|---|
| **Date** | **Cost** | **Amount** |
| 12/18/12 | Digital Reproductions - User: 10537, 14 pages | 1.96 |
| 12/19/12 | Digital Reproductions - User: 10537, 12 pages | 1.68 |
| 12/20/12 | Digital Reproductions - User: 10212, 32 pages | 4.48 |
| 12/21/12 | Digital Reproductions - User: 10212, 32 pages | 4.48 |
| 12/23/12 | Digital Reproductions - User: 0736, 1,642 pages | 229.88 |
| 12/26/12 | Digital Reproductions - User: 0735, 150 pages | 21.00 |
| 12/27/12 | Digital Reproductions - User: 0736, 67 pages | 9.38 |
| 12/28/12 | Digital Reproductions - User: 0735, 6 pages | 0.84 |
| 12/31/12 | Digital Reproductions - User: 10212, 30 pages | 4.20 |
| | Total Disbursements | 873.98 |
| | **Matter Total** | **23,588.48** |



50 West Liberty, Suite 950
Reno, NV 89501
Phone: 775.322.7400
Fax: 775.322.9049

Fed ID: 43-1274026

MISSOURI  KANSAS  ILLINOIS  NEVADA  SHANGHAI

Janet L. Chubb
50 West Liberty, Suite 950
Reno, NV 89501

January 30, 2013
Invoice No.  1617471
File No.  30833 / 4

| Attorney/Paralegal Summary | | | |
|---|---|---|---|
| **Name** | **Rate** | **Hours** | **Amount** |
| B. Salinas | 175.00 | 9.50 | 1,662.50 |
| G. Goolsby | 240.00 | 4.30 | 1,032.00 |
| B. Meich | 250.00 | 20.80 | 5,200.00 |
| L. Bubala | 325.00 | 45.60 | 14,820.00 |
| **Total** | | **80.20** | **22,714.50** |