_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
February 08, 2013

GORDON SILVER
BRIAN R. IRVINE, ESQ.
Nevada Bar No. 7758
JUSTIN J. BUSTOS, ESQ.
Nevada Bar No. 10320
100 West Liberty Street
Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: birvine@gordonsilver.com
Email: jbustos@gordonsilver.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE: | Case No. BK-11-52830-GWZ |
|---|---|
| ACCESS INSURANCE SERVICES, INC., a Nevada Corporation | Chapter: 7 |
| Debtor(s). | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR NORTH AMERICAN DEALER CO-OP |
| | Hearing Date: January 15, 2013 |
| | Hearing Time: 10:00 a.m. |

The Motion to Withdraw as Counsel For North American Dealer Co-op op in the Chapter 7 case, [Dkt. #175], (collectively, the "Motion to Withdraw"), filed by Gordon Silver, having come on for hearing before the above-captioned Court on January 15, 2013, at 10:00 a.m., with Brian Irvine, Esq. appearing on behalf of Gordon Silver, and Chapter 7 Trustee Janet

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

1 of 3

L. Chubb, Esq. appearing by and through her counsel, Louis M. Bubala III, Esq. of the law firm of Armstrong Teasdale, LLP, and the Court having considered the Motion to Withdraw [Dkt. #175] and the Declaration of Brian R. Irvine filed in support of the Motion to Withdraw [Dkt. #179], and the other pleadings and papers on file, and there having been no objections or oppositions filed against the Motion to Withdraw, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.  The Motion to Withdraw is GRANTED. Gordon Silver is no longer counsel of record for North American Dealer Co-op in the above captioned case.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:
GORDON SILVER

By:   /s/ Brian R. Irvine
BRIAN R. IRVINE, ESQ.
Email: birvine@gordonsilver.com
100 W. Liberty Street
Suite 940
Reno, NV  89501
Tel: (775) 343-7500
Fax: (775) 786-0131

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500

APPROVED/DISAPPROVED:
ARMSTRONG TEASDALE, LLP.

By:   /s/ Louis M. Bubala, III
LOUIS M. BUBALA, III, ESQ.
Email: lbubala@armstrongteasdale.com
50 West Liberty Street, Suite 950
Reno, NV 89501
Tel: (775) 322-7400
Fax: (775) 322-9049
Attorneys for Chapter 7 Trustee

### #

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court waived the requirement of approval under LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__XX__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

LOUIS M. BUBALA, III, ESQ., attorney for the Chapter 7 Trustee

_XX_ Approved

____ Disapproved

____ Failed to respond

Gordon Silver
Attorneys At Law
Suite 690
100 West Liberty Street
Reno, Nevada 89501
(775)343-7500