RECEIVED
AND FILED

2013 APR 1 PM 2 22

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Name of Attorney/Pro Se Debtor(s) Andrew J. Weill
Bar # CA SBN# 073093
Address 235 Montgomery St., Suite 760
San Francisco, CA 94104
Phone # (415) 421-0730
e-mail address weill@bwmlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: ACCESS INSURANCE SERVICES, INC.

Debtor.

Bankruptcy No.: 11-52830-BTB

Chapter 11

Trustee:

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
(✓) CREDITOR
( ) OTHER

**Please check one of the following:**

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is **also applicable** in the following related **adversary and bankruptcy cases**: (*please list the case numbers*)

_____.

I request that notice be sent to the following address: (please print)

Andrew J. Weill
Name

Benjamin, Weill & Mazer, APC
Address

90 New Montgomery St., Suite 1400

San Francisco     CA          94105
City              State       Zip Code

DATE: March 29, 2013

SIGNATURE

NV_4002(ChangeofAddress_DB02-13).wpd