```
                              United States Bankruptcy Court
                                    District of Nevada

In re:                                                                 Case No. 11-52830-gwz
ACCESS INSURANCE SERVICES, INC.                                        Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0978-3           User: admin                  Page 1 of 7                    Date Rcvd: Nov 17, 2014
                               Form ID: adibktrn            Total Noticed: 260


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2014.
db            +ACCESS INSURANCE SERVICES, INC.,    3301 S. VIRGINIA STREET,    RENO, NV 89502-4500
aty           +JOHN A SNOW,    VAN COTT BAGLEY CORNWALL & MCCARTHY,    2300 W. SAHARA AVE., STE 800,
                LAS VEGAS, NV 89102-4397
aty           +KAEMPFER CROWELL,    50 W. LIBERTY ST., STE 900,    RENO, NV 89501-1949
aty           #+PETRONI & NICHOLS, LTD.,    417 W. PLUMB LANE,    RENO, NV 89509-3766
cr            +EXPRESS SYSTEMS, INC.,    C/O JEFFREY L. HARTMAN,    510 W. PLUMB LANE,    SUITE B,
                RENO, NV 89509-3693
cr            +FIRST INDEPENDENT BANK,    C/O BOB OLSON / SNELL & WILMER L.L.P.,
                3883 HOWARD HUGHES PKWY, STE 1100,    LAS VEGAS, NV 89169-0965
cr            +J. PAWLEY MOTORS, INC.,    6200 S. 36TH STREET,    FT SMITH, AR 72908-7514
cr            +NORTH AMERICAN DEALER CO-Op,    C/O JONES VARGAS,    300 EAST SECOND ST., STE 1510,
                RENO, NV 89501-1591
cr            +PRIMA PROPERTY 2010, LLC,    c/o 11500 S. Eastern Ave., Ste 210,    Henderson, NV 89052-5576
7303738       +1400 MOTORS,   13 MARMON DRIVE,    NASHUA NH 03060-5205
7303933       +A AND H INSURANCE, INC.,    3301 S. VIRGINIA STREET,    RENO, NV 89502-4500
7303740       +A&S BMW,   1125 ORLANDO AVE,    ROSEVILLE CA 95661-5264
7303741       +A-1 AUTO SERVICE,    50 AMITY ROAD,   NEW HAVEN CT 06515-1402
8837890       +ADAM AYDI,    9406 MOODY RD.,   FORT SMITH, AR 72903-6733
7303743       +ADMINISTRATION PLUS,    5200 UPPER METRO PLACE, STE 350,    DUBLIN OH 43017-5345
7303745       +ANDERSON HONDA,    1766 EMBARCADERO ROAD,    PALO ALTO CA 94303-3302
8449858       +ANDREW J. WEILL,    BENJAMIN, WEILL & MAZER, APC,    90 NEW MONTGOMERY ST., SUITE 1400,
                SAN FRANCISCO, CA 94105-4518
7303746       +ATASCADERO FORD,    3850 EL CAMINO REAL,    ATASCADERO CA 93422-2558
7303747       +ATLANTIC TOYOTA,    200 SUNRISE HIGHWAY,    AMITYVILLE NY 11701-2505
7303748       +AUBURN HONDA,    1801 GRASS VALLEY HIGHWAY,    AUBURN CA 95603-2853
7303749       +AUTO QUEST INC.,    4115 4TH AVENUE S,    SEATTLE WA 98134-2309
7303750       +AUTOMAX,   5200 UPPER METRO PLACE STE 350,    DUBLIN OH 43017-5345
8277395       +Administration Plus USA, LLC,    c/o Sean M. Gouhin,    5131 Post Road, Suite 260,
                Dublin, OH 43017-1197
7303751       +BARBAR GROUP,    4500 WIBLE ROAD,    BAKERSFIELD CA 93313-2629
7303752       +BEAUDRY MOTOR COMPANY,    PO BOX 85732,    TUSCON AZ 85754-5732
8134957       +BECKER SUBARU,    4611 HAMILTON BLVD.,    ALLENTOWN, PA 18103-6020
7303753       +BECKER WAGONMASTER, INC.,    4611 HAMILTON BOULEVARD,    ALLENTOWN PA 18103-6197
8269096       +BENJAMIN LUENGAS,    38795 CAMPBELL DR.,    DINUBA, CA 93618-9577
7303754       +BENTLEY YAMAHA,    4451 WILLIAM PENN HIGHWAY,    MURRYSVILLE PA 15668-1917
7303755       +BIANCHI MOTORS,    8430 PEACH STREET,    ERIE PA 16509-4719
7303756       +BILL KOLB JR. SUBARU,    252 ROUTE 303,    ORANGEBURG NY 10962-2208
7303757       +BINGHAM INC.,    895 W. SHAW,    CLOVIS CA 93612-3299
7303758       +BLADE CHEVROLET INC.,    1100 FREEWAY DRIVE,    MOUNT VERNON WA 98273-9692
8160117       +BRENDA PLUM,   203 HAMPTON COURT,    EXETER, CA 93221-1122
7729630       +BRIAN R. IRVINE,    100 WEST LIBERTY ST., STE 690,    RENO, NV 89501-1960
7303759       +BROADWAY DODGE INC.,    5600 SO. BROADWAY,    LITTLETON CO 80121-8005
7303760       +BROOKS BIDDLE CHEVROLET CO,    17909 BOTHELL WAY NE,    BOTHELL WA 98011-1991
7303761       +BURDICK TOYOTA,    3904 BREWERTOX ROAD,    N. SYRACUSE NY 13212-3705
7303762        CAPITOL HONDA,    145 CAPITAL EXPWY AUTO MALL,    SAN JOSE CA 95136
7303763       +CAR SENSE, INC.,    2801 BETHLEHEM PIKE,    HATFIELD PA 19440-1313
7303764       +CENTER CHEVY,    1355 SO. E STREET,    SAN BERNARDINO CA 92408-2724
7303765       +CHAPMAN HONDA,    4646 E. 22ND STREET,    TUSCON AZ 85711-5712
7303766       +CHRISTOPHER'S DODGE WORLD, INC.,    16655 W. COLFAX,    GOLDEN CO 80401-3866
7303767       +CHUCK PATTERSON AUTOWORLD,    200 EAST AVENUE,    CHICO CA 95926-1118
7303768        COLUMBIANA FORD,    14851 SOUTH AVENUE,    NEWTON NH 07860
7303769        CONDIT'S TOYOTAL WORLD,    84 RTE 206-94,    NEWTON NJ 07860
7303770       +COPE & MCPHETRES,    19501 WOOD-SNO ROAD,    WOODINVILLE WA 98072-8456
7303771       +COURTESY CHEVROLET,    3640 STEVENS CREEK BLVD,    SAN JOSE CA 95117-1292
7303772       +CUSH HONDA,    1700 AUTO PARKWAY NORTH,    ESCONDIDO CA 92029-2095
7303773       +CUSH HONDA OF SAN DIEGO,    5812 MISSION GORGE ROAD,    SAN DIEGO CA 92120-4200
7303774       +CUTTER FORD INC.,    98-015 KAMEHAMEHA HIGHWAY,    AIEA HI 96701-4906
7303775       +D'ADDARIO NISSAN,    329 BRIDGEPORCH,    SHELTON CT 06484-3860
8231136       +DARRYL SMITH,    2297 EAST STANFORD AVENUE,    PIXLEY, CA 93256-9403
7303776       +DAVIS PHILLIPS BUICK PONTIAC,    5000 CHILE ROAD,    DAVIS CA 95618-4438
7303777       +DEPT. OF TAXATION,    BANKRUPTCY SECTION,    555 E. WASHINGTON AVE.,    SUITE 1300,
                LAS VEGAS, NV 89101-1046
7303778       +DICK MILHAM FORD,    3810 HECKTOWN ROAD,    EASTON PA 18045-2354
7303779       +DIEHL TOYOTA,    1885 WHITEFORD,    YORK PA 17402-2294
7303781        DITCHMAN FLEMINGTON FORD,    RTES 202 & 31 SOUTH,    FLEMINGTON NJ 08822
8164255       +DOYCE E. LOVELL,    3749 WEST ORCHARD CT.,    VISALIA, CA 93277-7007
8277379       +Dale Holding Company of Columbus LLC,    c/o Sean M. Gouhin,    5131 Post Road, Suite 260,
                Dublin, OH 43017-1197
8277265       +Damvers-TL, Inc. dba Ira Lexus of Danvers,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
8277267       +Danvers-N, Inc. dba Ira Nissan of Tewksbury,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
8277268       +Danvers-NII, Inc., dba Ira Nissan of Woburn,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
```

```
District/off: 0978-3           User: admin                  Page 2 of 7                   Date Rcvd: Nov 17, 2014
                               Form ID: adibktrn            Total Noticed: 260


8277266        +Danvers-S, Inc. dba Ira Mazda of Danvers,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
8277202        +Danvers-Su, LLC dba Ira Subaru of Danvers,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
8277200        +Danvers-T, Inc. dba Ira Toyota of Danvers,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
8276986        +Danvers-TIII, Inc. dba Ira Toyota II of Tewksbury,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
8277033        +Danvers-TIII, Inc. dba Ira Toyota III of Milford,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
7303783        +ED VOYLES ACURA,    789 COBB PARKWAY SOUTH,    MARIETTA GA 30060-9222
8524450        +ELK GROVE AUTO GROUP INC.,    8575 LAGUNA GROVE DR.,    ELK GROVE, CA 95757-8711
8999568        +ELK GROVE AUTO GROUP INC.,    DBA ELK GROVE DODGE,    8575 LAGUNA GROVE DRIVE,
                 ELK GROVE, CALIFORNIA 95757-8711
8258199        +ELK GROVE AUTO GROUP INC.,    DBA ELK GROVE VOLKSWAGEN/DODGE/ACURA,    9776 W. STOCKTON BLVD.,
                 ELK GROVE, CA 95757-9545
7303784        +ELK GROVE HONDA,    8585 LAGUNA GROVE DRIVE,    ELK GROVE CA 95757-8711
7303786        +EMS,   2063 BEECHMONT AVE., STE 4,    CINCINNATI OH 45230-1699
7528568        +EXPRESS SYSTEMS, INC.,    C/O JEFFREY L. HARTMAN, ESQ.,    510 W. PLUMB LANE, STE. B,
                 RENO, NV 89509-3693
7581249        +EXPRESS SYSTEMS, INC.,    C/O ANDREW J. WEILL,    BENJAMIN, WEILL & MAZER, APC,
                 235 MONTGOMERY STREET, SUITE 760,    SAN FRANCISCO, CA 94104-2918
7303787        +EXPRESS SYSTEMS-ECM,    11 VANDERBILT,    IRVINE CA 92618-2011
7303788        +EXPRESS SYSTEMS-ERG,    1661 WADSWORTH BLVD,    LAKEWOOD CO 80214-5223
7303789        +EXPRESS SYTEMS-T4L,    11 VANDERBILT,    IRVINE CA 92618-2011
8275997        +FAA Serramonte H. Inc. dba Honda of Serramonte,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 West 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
7303791        +FERGUSON PONTIAC,    1015 N. INTERSTATE DRIVE,    NORMAN OK 73069-6225
8704464        +FIRST INDEPENDENT BANK,    C/O SNELL & WILMER L.L.P.,    ATTN: BOB L. OLSON, ESQ.,
                 3883 HOWARD HUGHES PARKWAY, SUITE 1100,    LAS VEGAS, NV 89169-0965
7303792        +FLEMINGTON MAZDA,    204 US HIGHWAY 202 31,    FLEMINGTON NJ 08822-1765
7303793        +FOLSON LAKE TOYOTA,    12747 FOLSOM BLVD,    FOLSOM CA 95630-8097
7303794        +FOOTHILLS PONTIAC,    1881 BOUSLOG ROAD,    BURLINGTON WA 98233-3728
7303795        +FORESIGHT BLUE STEEL PRODUCTION,    3948 LEGACY DRIVE, STE 105 #382,    PLANO TX 75023-8300
7303796        +FORESIGHT DEALER MANAGED,    3948 LEGACY DRIVE, STE 105 #382,    PLANO TX 75023-8300
7303797        +FORESIGHT VSC/FPP,    3948 LEGACY DRIVE, STE 105 #382,    PLANO TX 75023-8300
8917630         FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
7303798        +FRED BEANS CHEVROLET,    858 N. ASTON ROAD,    DOYLESTOWN PA 18902-1007
7303799         FREMONT TOYOTA,    44530 AUTO MALL CIRCLE,    FREMONT   CA 94538
7303800        +FULLER HONDA,    540 AUTO PARK DRIVE,    CHULA VISTA CA 91911-6000
8277269        +Folsome Lake Toyota,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
7303801        +GAINT CHEVROLET,    PO BOS 2576,    VISALIA CA 93279-2576
7303802        +GERALD OLDSMOBILE,    1210 E. OGDEN AVENUE,    NAPERVILL IL 60563-1604
8180701        +GERALD SUBARU,    1210 E. OGDEN,    NAPERVILLE, IL 60563-1604
8269312         GEWEKE CO,    DBA LARRY GEWEKE FORD,    P.O. BOX 929001,    YUBA CITY, CA 95992-9001
8269099        +GEWEKE MOTORS INC.,    DBA GEWEKE TOYOTA,    P.O. BOX 1210,    LODI, CA 95241-1210
7303804        +GIANT CHEVROLET CO.,    1001 S. BEN MADDOX WAY,    VISALIA CA 93292-3656
8277201        +GPI NH,-T, Inc. dba Ira Toyota of Manchester,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
7303805        +GREENE MOTORS,    800 ADM CALLAGHAN LANE,    VALLEJO CA 94591-3651
7303806        +GREENWICH HONDA,    289 MASON STREET,    GREENWICH CT 06830-6645
8277264        +Group 1 Holdings-DC, LLC dba Ira Dodge of Medford,    c/o: M. Douglas Flahaut,    Arent Fox LLP,
                 555 W. 5th Street, 48th Floor,    Los Angeles, CA 90013-1065
7303807        +HANSEL TOYOTA/RV,    1125 AUTO CENTER DRIVE,    PETALUMA CA 94952-1101
7303808        +HARR MOTOR COMPANY,    100 GOLD STAR,    WORCESTER MA 01606-2832
7303809        +HARR TOYOTA,    112 GOLDSTAN BLVD,    WORCESTER MA 01606-2833
7303810        +HARTWAY MOTORS,    320 N. MAIN STREET,    MEDINA NY 14103-1242
7303811        +HONDA NORTH,    395 W. HERNDON,    CLOVIS CA 93612-0279
7303812        +HONDA OF HOLLYWOOD,    6525 SANTA MONICA BLVD,    HOLLYWOOD CA 90038-1407
7303813         HONDA OF KEENE,    557 MONADNOCK HIGHWAY,    EAST SWANZEY NH 03446
7303814        +HONDA OF STEVENS CREEK,    4590 STEVENS CREEK BLVD,    SAN JOSE CA 95129-1105
7303815        +HUNTINGTON HONDA,    1055 E. JERICHO TURNPIKE,    HUNTINGTON NY 11743-5434
7303816        +HYUNDAI OF GLENDORA,    1253 SOUTH LONE HILL AVENUE,    GLENDORA CA 91740-4507
7303817         IAP-GPR,    2165 BROADWAY W,    PO BOX 5900,    VANCOUVER BC V6B5H6
7303819        +IDENTITY SENTINEL,    601 CALVERT ST., UNIT G,    LINCOLN NE 68502-4360
8276506        +INDUSTRIAL ALLIANCE PACIFIC GENERAL INS. CORP.,    C/O LAURA K. GRANIER,
                 LIONEL SAWYER & COLLINS,    50 W. LIBERTY ST., SUITE 1100,    RENO, NV 89501-1951
7303821        +INFINITI OF THOUSAND OAKS,    3570 THOUSAND OAKS BLVD,    THOUSAND OAKS CA 91362-3622
7303823         IRA LEXUS OF MANCHESTER,    99 AUTO CENTER ROAD,    MANCHESTER NH 03103
7303824        +IRA TOYOTA III,    468 MAIN STREET,    TEWKSBURY MA 01876-2564
7303825        +IVERSEN MOTOR COMPANY,    1918 S. BROADWAY,    SANTA MARIA CA 93454-7893
7303826        +J PAULEY TOYOTA,    6200 SOUTH 36TH,    FORT SMITH AR 72908-7599
9014025        +J. PAULEY TOYOTA,    6200 S. 36TH STREET,    FORT SMITH, AR 72908-7599
9028450        +J. PAWLEY MOTORS, INC.,    6200 S. 36TH STREET,    FORT SMITH, AR 72908-7514
7303827         JAMES TOYOTA,    172 RT 202,    FLEMINGTON NJ 08822
8180751        +JANET CHUBB,    50 W. LIBERTY STREET STE. 950,    RENO, NV 89501-1979
8818724        +JANET CHUBB AS TRUSTEE,    C/O Edmond Buddy Miller, Esq.,    1610 Montclair Avenue, Suite C,
                 Reno, NV 89509-3453
7303828        +JEFF WYLER COLENAIN,    949 BURLINGTON,    FLORENCE KY 41042-1233
```

```
District/off: 0978-3                  User: admin                  Page 3 of 7                  Date Rcvd: Nov 17, 2014
                                      Form ID: adibktrn            Total Noticed: 260

7303829        +JERRY SEINER CHEVOLET/OLDSMOBILE,    730 WEST 2100 SOUTH,    SALT LAKE CITY UT 84119-1576
7303830        +JERRY SEINER PONTIAC,    955 NORTH 400 EAST,    NORTH SALT LAKE CITY UT 84054-1905
7303831        +JIM WHITE HONDA,    1505 REYNOLDS ROAD,    MAUMEE OH 43537-1601
7303832        +JIMMY VASSER CHEVROLET TOYOTA,    583 SOSCOL AVENUE,    NAPA CA 94559-3405
7303833        +JOHN & PHIL'S TOYOTA,    33689 SE MELODY LANE,    CORVALLIS OR 97333-2328
7351314        +JOHN A. SNOW,    VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P,    2300 W. SAHARA AVE., SUITE 800,
                 LAS VEGAS, NV 89102-4397
7303834        +JOHN WATSON CEHVROLET,    3535 WALL AVENUE,    OGDEN UT 84401-4096
8136844        +JON AND REBECCA REDING,    31 S. BATTLEFIELD DR.,,    MOUNTAIN HOME, AR 72653-6163
8959401        +JONATHAN C. DUNN,    2 LINCOLN HIGHWAY #501,    EDISON, NEW JERSEY 08820-3961
7729631        +JUSTIN J. BUSTOS,    100 WEST LIBERTY ST., STE 690,    RENO, NV 89501-1960
7303835        +KIRK AUTO COMPANY,    PO BOX 670,    GRENADA MS 38902-0670
7303836        +KOLBE HONDA,    7514 RESEDA BLVD,    RESEDA CA 91335-2895
7303837         LARRY GEWEKE FORD,    971 EAST ONSTOTT,    YUBA CITY CA 95991
7303838        +LAYTON CYCLE,    60 H MAIN,    LAYTON YT 84041-3741
7303839        +LEE JOHNSON CHEVROLET INC.,    PO BOX 819,    KIRKLAND WA 98083-0819
8235717        +LESLIE MILLER & LOUIS FONTES,    3012 PINECREEK COURT,    BAKERSFIELD, CA 93308-5679
7303841        +LEXUS MISSION VIEJO,    28242 MARGUERITE PARKWAY,    MISSION VIEJO CA 92692-3704
7303842        +LEXUS OF CONCORD,    2101 MARKET STREET,    CONCORD CA 94520-2346
7303843        +LEXUS OF GLENDALE,    1221 S BRAND BLVD,    GLENDALE CA 91204-2614
7303844        +LEXUS OF MASSAPEQUA,    4950 SUNRISE HWY,    MASSAPEQUA NY 11762-2919
7303845        +LEXUS OF ROCKVILLE CENTRE,    700 SUNRISE HIGHWAY,    ROCKVILLE CENTRE NY 11570-5138
7303848        +LG WARRANTY,    5200 UPPER METRO PLACE, STE 350,    DUBLIN OH 43017-5345
8277391        +LG Warranty Company LLC,    c/o Chris Lucas,    2435 Billingsley Drive,    Columbus, OH 43235-1925
7303849        +LOS GATOS ACURA,    16151 LOS GATOS BLVD,    LOS GATOS CA 95032-4515
8932226        +M. KAREN LONG,    PO BOX 838,    WILBURTON, OK 74578-0838
7303851        +MAGNUSSEN'S FREMONT FORD,    39700 BALENTINE DRIVE,    NEWARK CA 94560-5385
7303852        +MANLY HONDA,    2750 CORBY AVENUE,    SANTA ROSA CA 95407-7845
7303853        +MARIN HONDA,    5880 PARADISE DRIVE,    CORT MADERA CA 94925-1203
7303854        +MARINA PONTIAC,    1444 MARINA BLVD,    SAN LEANDRO CA 94577-3327
7303855        +MARK CHRISTOPHER AUTO,    2131 CONVENTION CENTER WAY,    ONTARIO CA 91764-4495
7303856        +MCCONNELL CHEVROLET,    1395 HEALDSBURG AVE,    HEALDSBURG CA 95448-3200
7303857        +MCFARLAND FORD MERCURY INC.,    323 SOUTH MAIN,    BRIGHAM CITY UT 84302-2532
7303858        +MCKENNA PORSCHE,    10830 FIRESTONE BLVD,    NORWALK CA 90650-2233
8212171        +MICHAEL ELDEFONSO,    2160 EAST ALPINE AVE.,    TULARE CA 93274-8245
8180752        +MICHAEL ELDEFONSO,    2160 EAST ALPINE AVE.,    TULARE, CALIFORNIA 93274-8245
7303859        +MICHAEL'S CYCLE WORKS,    2680 SO. CARSON STREET,    CARSON CITY NV 89701-5503
7303860        +MID CITY MOTOR WORLD,    4800 NORTH HIGHWAY 101,    EUREKA CA 95503-9402
7303861        +MIKE PAZZA HONDA,    1908 E. LINCOLN HWY,    LANGORNE PA 19047-3038
8269310        +MIKE PIAZZA HONDA,    1908 E. LINCOLN HIGHWAY,    LANGHORNE, PA 19047-3038
8323899        +MONTE L. CANADY,    4722 STAGECOACH RD.,    OZARK, AR 72949-2659
8985564        +MS. JUDY BISSELL,    8723 TIMBER RIDGE RD.,    OZARK, AR 72949-2742
7303863        +MT. KISCO HONDA,    650 BEDROD ROAD,    BEDFORD HILLS NY 10507-1526
7303864         MYERS MARINE,    5455 MOUNTAIN VIEW DRIVE,    REDDING CA 96003
7303865        +NADC,    1661 WADSWORTH BLVD.,    LAKEWOOD CO 80214-5223
7303739        +NADC,    608 E. BALTIMORE PIKE,    MEDIA PIKE, PA 19063-1735
7303866        +NADC,    P.O. BOX 59,    WALLINGFOR, PA 19086-0059
7303867        +NADC-ADMI LIABILITY RESV,    PO BOX 59,    WALLINGFORD PA 19086,    608 E. BALTIMORE PIKE,
                 MEDIA PA 19063-1735
7303868        +NADC-COLLATERAL LIABILITY,    PO BOX 59,    WALLINGFORD PA 19086,    608 E. BALTIMORE PIKE,
                 MEDIA PA 19063-1735
7303869        +NEVADA LABOR COMMISSION,    675 FAIRVIEW DRIVE,    SUITE 226,    CARSON CITY, NV 89701-5474
7303870        +NORMAN GALE OLDSMOBILE,    1247 RT. 10,    CEDAR KNOLLS NH 07927-1011
7305245        +NORTH AMERICAN DEALER CO-OP,    1661 WADSWORTH BLVD.,    LAKEWOOD, CA 80214-5223
7581967        +NORTH AMERICAN DEALERS CO-OP,    c/o Jones Vargas,    300 E. Second Street, Suite 1510,
                 Reno, Nevada 89501-1591
7303871        +NORTH BAY MISSAN,    1250 AUTO CENTER DRIVE,    PETALUMA CA 94952-1105
7303872        +NORTHWEST HONDA,    9700 REISTERTOWN ROAD,    OWINGS MILLS MD 21117-4100
7303873        +NV DEPARTMENT OF MOTOR VEHICLES,    ATTN: LEGAL DIVISION,    855 WRIGHT WAY,
                 CARSON CITY, NV 89711-0001
8264439        +North Bay Nissian California S-Corp,    c/o Alan R. Smith, Esq.,    Law Offices of Alan R. Smith,
                 505 Ridge Street,    Reno, NV 89501-1719
7303874        +OAK TREE MAZDA,    4250 STEVENS CREEK BLVD,    SAN JOSE CA 95129-1382
7303875        +OCEAN CHEVROLET & HONDA,    4400 AUTO PLAZA DR.,    CAPITOLA CA 95010-2074
7303877        +OLYMPIC BOAT CENTER,    6610 16TH ST E,    FIFE WA 98424-1568
8267581        +OPEN ROAD HONDA,    50 US HWY 1,    EDISON, NJ 08817-5095
8135016        +OTIS D. DAWES,    20723 FOREST HILL DR.,    HOWE, OK 74940-7121
7303878         PERFORMANCE MOTORS,    ROUTE 422 WEST BOX 2198,    READING PA 19608
7303879        +PIAZZA HONDA OF PHILADELPHIA,    6935 ESSINGTON AVENUE,    PHILADELPHIA PA 19153-3410
7303880        +PIKES PEAK HARLEY-DAVIDSON,    5867 NORTH NEVADA AVENUE,    COLORADO SPRINGS CO 80918-3517
7303881        +PRESTIGE ACURA,    2979 CORBY AVENUE,    SANTA ROSA CA 95407-7846
7303882        +PROSPECT MOTORS INC.,    PO BOX 1360,    JACKSON CA 95642-1360
7303883        +PUYALLAP NISSAN,    101 VALLEY AVENUE NEW,    PUYALLUP WA 98371-3301
8277390        +Protection Plus USA, Inc.,    c/o Sean M. Gouhin,    5131 Post Road, Suite 260,
                 Dublin, OH 43017-1197
7303884        +RAY SERAPHIN FORD,    100 WINDSOR AVENUE,    ROCKVILLE CT 06066-2482
8820839        +RICHARD OR KELLI EVANS,    956 HEATHER DRIVE,    WALDRON, AR 72958-7113
7303885        +ROBERTS GROUP,    5200 UPPER METRO PLACE, STE 350,    DUBLIN OH 43017-5345
7303886        +ROUTE 44 HONDA,    1094-1154 NEW STATE HIGHWAY,    RAYNHAM MA 02767-5433
7303887        +ROY ROBINSON CHEV/SUBARU/ MOTOR,    PO BOX 168,    MARYSVILLE WA 98270-0168
```

```
District/off: 0978-3          User: admin              Page 4 of 7              Date Rcvd: Nov 17, 2014
                              Form ID: adibktrn        Total Noticed: 260

7573369            ROY ROBINSON CHEV/SUBARU/MOTOR,     C/O JEFFREY C. WISHKO,    ANDERSON HUNTER LAW FIRM,
                     P.O. BOX 5397,    EVERETT, WA 98206-5397
8180713           +SANDY A. ECKELHOFF-MCDONALD,    200 COTTONWOOD ST.,    POCOLA, OK 74902-2341
7303888           +SDTAMFORD MOTORS,    212 MAGUE AVEUE,    STAMFORD CT 06902-5975
7303889           +SERVCO PACIFIC,    45-655 KAMEHAMEHA HWY,    KANEOHE HI 96744-2036
7534637           +SERVCO PACIFIC INC.,    C/O WHIT MICHEL,    2850A PUKOLOA ST.,    HONOLULU, HI 96819-4475
7303890           +SHACK FINDLEY,    933 AUTO SHOW DRIVE,    HENDERSON NV 89014-6714
8880109           +SHANE WOMACK,    6594 N. US HWY. 259,    BROKEN BOW, OK 74728-6590
7303895            SIMI VALLEY PONTIAC/GMC/BUICK,    2100 FIRST STREET,    CHATSWORTH CA 91311
7303896           +SIMPSON BUICK-PONTIAC GMC,    8200 E. CRYSTAL DRIVE,    ANAHEIM CA 92807-2514
7303897            SIMS IMPORTS,    1615 E. GOLDENROD ROAD,    BURLINGTON WA 98233
7303898           +SPEEDWAY CHEVROLET,    PO BOX 687,    MONROE WA 98272-0687
7303899           +STADIUM CHEVROLET CO,    292 W. STATE STREET,    SALEM OH 44460-2756
7303900           +STADIUM GMC,    214 W. STATE ST.,    SALEM OH 44460-2756
7303901           +STAR PONTIAC GMC,    260 COUNTRY CLUB ROAD,    EASTON PA 18045-2341
7303902           +STEVENS CREEK NISSAN,    4855 STEVENS CREEK BLVD.,    SANTA CLARA CA 95051-6660
7303903           +STEWART CHEVROLET CADILLAC,    780 SERRAMONTE BLVD,    COLMA CA 94014-3284
7303904           +STOWASSER GMC,    600 E. BETTERAVIA,    SANTA MARIA CA 93454-7885
9230170           +SUE NICHOLSON,    307 WILBURN HTS.,    CENTRAL CITY, AR 72941-7611
7303905           +SUNNYVALE ACURA,    750 E. EL CAMINO REAL,    SUNNYVALE CA 94087-2918
7303906           +SUNSET HONDA,    12250 LOS OSOS VALLEY ROAD,    SAN LUIS OBISPO CA 93405-7298
7303907           +SUSSEX HONDA,    57 HAMPTON HOUSE ROAD,    NEWTON NH 07860-1447
7303908           +SUSSMAN HONDA,    12250 LOS OSOS VALLEY ROAD,    SAN LUIS OBISPO CA 93405-7298
7303910           +THANE HAWKINS POLAR CHEV,    1801 E. COUNTY ROAD F,    WHIT BEAR LAKE MN 55110-3896
7303911           +THOMAS BUICK GMC TRUCK,    750 EISENHOWER BLVD,    JOHNSTOWN PA 15904-3520
8215691         ++++THOMAS S. MEYERS,    465895 E 1095 RD,    GANS OK 74936-9447
                   (address filed with court: THOMAS S. MEYERS,      HC 64 BOX 276,    GANS, OK 74936)
8851694           +TONI BELLUSCIO,    4 LOUISE ROAD,    EDISON, JY 08817-3703
7303912           +TOYOTA 101,    525 E. BAYSHORE ROAD,    REDWOOD CITY CA 94063-2790
7303913           +TOYOTA OF ESCONDIDO,    231 LINCOLN PARKWAY,    ESCONDIDO CA 92026-3093
7303914           +TOYOTA OF GLENDORA,    1949 AUTO CENTRE DRIVE,    GLENDORA CA 91740-6714
7303915           +TOYOTA OF PALO ALTO,    690 SAN ANTONIO ROAD,    PALO ALTO CA 94306-4711
7303916            TOYOTA OF STAMFORD,    30 MYRTLE AVENUE,    STAMFORD CT 06902
7303918           +TOYOTA OF VOLVO KEENE,    594 MONADONOCK HIGHWAY,    EAST SWANZEY NH 03446-2133
7303919           +TOYOTA SAN LUIS OBISPO,    12350 LOS OSOS VALLEY ROAD,    SAN LUIS OBISPO CA 93405-7221
7303922           +TRISTATE AUTO MALL,    149-04 NORTHERN BLVD,    FLUSHING NY 11354-4343
7303923           +ULTIMATE WATER SPORTS,    4670 CENTRAL WAY SUITE B,    FAIRFIELD CA 94534-1806
7303924           +UNIVERSITY HONDA,    4343 CHILES ROAD,    DAVIS CA 95618-4398
7303925           +VALLEY CYCLE AND MARINE,    955 COMMERCE WAY,    LEMOORE CA 93245-9001
8283327           +VAN COTT,    36 S. STATE ST., STE. 1900,    SALT LAKE CITY, UT 84111-1478
8283328           +VAN COTT,    2300 W. SAHARA AVE., STE. 800,    LAS VEGAS, NV 89102-4397
7378380           +VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P.C.,     C/O NEAL GOOCH, LIQUIDATOR,
                     2300 W. SAHARA AVE., STE. 800,    LAS VEGAS, NV 89102-4397
7378379           +VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P.C.,     C/O NEAL GOOCH, LIQUIDATOR,
                     36 S/ STATE STREET. STE/ 1900,    SALT LAKE CITY, UTAH 84111-1478
7303926           +VERN EIDE MOTORCARDS INC.,    5200 S. LOUISE AVENUE,    SIOUX FALLS, SD 57108-2297
8216023           +VIENGXAY PHANOUVOUNG,    4308 HIGH ST.,    FORT SMITH, AR 72904-4436
7303927           +VISTA LEXUS,    21611 VENTURA BOULEVARD,    WOODLAND HILLS CA 91364-1922
8269329           +WALLACE WICKS,    31155 ROAD 132,    VISALIA, CA 93292-9343
7303929           +WHALING CITY FORD,    475 BROAD STREET,    NEW LONDON CT 06320-2547
7303930           +WILSON CADILLAC & TOYOTA,    2212 S. DUFF AVENUE,    AMES IA 50010-8017
7303931           +WILSON MOTORS,    405 EAST CHAMPION STREET,    BELLINGHAM WA 98225-4500
7303932           +WILSON OLDS CADILLAC TOYOTA,    2212 S. DUFF AVENUE,    AMES IA 50010-8017
8258185           +WILSON OLDS CADILLAC TOYOTA - N/K/A,    C/O CLARK JOHNSON,     2212 S. DUFF AVE.,
                     AMES, IOWA 50010-8039
8275682           +Western Insurance Company,    c/o Van Cott, Bagley,,    Cornwall & McCarthy P.C.,
                     36 S. State Street, Ste. 1900,    Salt Lake City, UT 84111-1478
8276438           +c/o Laura K. Granier, Esq.,    Lionel Sawyer & Collins,    50 W. Liberty St., Suite 1100,
                     Reno, NV 89501-1951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8292094           +E-mail/Text: andrew.silfen@arentfox.com Nov 18 2014 01:49:04
                     A&R AUTOMOTIVE DBA ANDERSON HONDA,    C/O ARENT FOX LLP,    ATTN: MR DOUGLAS FLAHAUT,
                     555 W. 5TH STREET, 48TH FLOOR,    LOS ANGELES, CA 90013-1065
7303744           +E-mail/Text: bankruptcycare@affinityfcu.com Nov 18 2014 01:49:17
                     AFFINITY FEDERAL CREDIT UNION,    73 MOUNTAIN VIEW BLVD,    BASKING RIDGE NJ 07920-2332
8292093           +E-mail/Text: andrew.silfen@arentfox.com Nov 18 2014 01:49:04      ARENT FOX LLP,
                     ATTN: M. DOUGLAS FLAHAUT,    555 W. 5TH STREET, 48TH FLOOR,    LOS ANGELES, CA 90013-1065
8292098           +E-mail/Text: andrew.silfen@arentfox.com Nov 18 2014 01:49:04      COURTESY-1, LLC,
                     C/O ARENT FOX LLP,    ATTN: M. DOUGLAS FLAHAUT,    555 W. 5TH STREET, 48TH FLOOR,
                     LOS ANGELES, CA 90013-1065
7303777           +E-mail/Text: marambula@tax.state.nv.us Nov 18 2014 01:50:12      DEPT. OF TAXATION,
                     BANKRUPTCY SECTION,    555 E. WASHINGTON AVE.,    SUITE 1300,    LAS VEGAS, NV 89101-1046
7303785            E-mail/Text: itcdbg@edd.ca.gov Nov 18 2014 01:49:25      Employment Development Dept.,
                     P.O. Box 826880 MIC 92E,    Sacramento, CA 94280-0001
7303822            E-mail/Text: cio.bncmail@irs.gov Nov 18 2014 01:49:08      INTERNAL REVENUE SERVICE,
                     P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
7303876           +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Nov 18 2014 01:49:27      OFFICE OF THE US TRUSTEE,
                     300 BOOTH STREET,    ROOM 2129,    RENO, NV 89509-1328
```

```
District/off: 0978-3          User: admin                  Page 5 of 7                   Date Rcvd: Nov 17, 2014
                              Form ID: adibktrn            Total Noticed: 260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8235503         +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Nov 18 2014 01:49:27
                 Office of the United States Trustee,,    C. Clifton Young Federal Building,
                 300 Booth Street, Room 3009,   Reno, NV 89509-1362,    Attn: mary.pellerin@usdoj.gov
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r               CB RICHARD ELLIS
br              CBRE, INC.
br              COLLIERS INTERNATIONAL
intp            INDUSTRIAL ALLIANCE PACIFIC GENERAL INSURANCE CORP
cr              J. PAULEY TOYOTA
liq             LENNARD W. STILLMAN
acc             MCLAREN ADVISORY GROUP
cr              NEAL GOOCH, LIQUIDATOR, WESTERN INSURANCE COMPANY
7303742         ACCESS/IMKE GPR/OAINT RESERV
7303780         DIMENSION-COLLATERAL LIABILITY
7303782         DRIVERZ EDGE-COLLATERAL
7303790         EXPRESS-GPR REINSURED
7303818         IAP-GPR COLLATERAL
7303820         IDENTITY SENTINEL-COLLATERAL
7303840         LEGACY GPR RESERVE
7303846         LG WARR PRIVATE LABEL
7303847         LG WARR/IMMEKE-COLLATERAL
7303862         MSI LIGHTBULB COLLATERAL
7303893         SIGNET POWERSPORTS COLLATERAL
7303894         SIGNET TAKEOVER RESERVES
7303920         TRIDENT COLLATERAL
7303928         WARRENTECH-GPR COLLATERAL
tr*            +JANET CHUBB,   50 W. LIBERTY STREET, STE. 950,   RENO, NV 89501-1979
cr*            +FIRST INDEPENDENT BANK,   C/O BOB OLSON / SNELL & WILMER L.L.P.,
                 3883 HOWARD HUGHES PKWY, STE 1100,   LAS VEGAS, NV 89169-0965
8917645*        FRANCHISE TAX BOARD,   BANKRUPTCY SECTION MS A340,   PO BOX 2952,   SACRAMENTO CA 95812-2952
7303803        ##+GEWEKE TOYOTA,   1020 S. BECKMAN,   LODI CA 95240-3152
7303850        ##+MAGNUSSEN LEXUS OF FREMONT,   43690 AUTO MALL CIRCLE,   FREMONT CA 94538-5140
7303891        ##SIDECARS-CPC,   1919 EAST 20TH, STE C,   JOPLIN MO 64804
7303892        ##SIDECARS-VSC,   1919 EAST 20TH, STE C,   JOPLIN MO 64804
7303909        ##+TEAM INFINITI,   1701 AUTO CENTER DRIVE,   OXNARD CA 93036-7962
7303917        ##+TOYOTA OF VALLEJO,   1001 ADMIRAL CALLAGHAN,   VALLEJO CA 94591-3681
7303921        ##+TRIPRO GROUP,   8333 SW CIRRUS DRIVE,   BEAVERTON OR 97008-5900
                                                                                     TOTALS: 22, * 3, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2014 at the address(es) listed below:
              ANDREW J. WEILL    on behalf of Creditor    EXPRESS SYSTEMS, INC. weill@bwmlaw.com
              BOB L. OLSON    on behalf of Creditor    FIRST INDEPENDENT BANK bolson@swlaw.com,
               mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;cgianelloni@swlaw.com;nka
               nute@swlaw.com
```

```
District/off: 0978-3          User: admin              Page 6 of 7            Date Rcvd: Nov 17, 2014
                              Form ID: adibktrn        Total Noticed: 260
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              BRIAN R. IRVINE     on behalf of Creditor    NORTH AMERICAN DEALER CO-Op BIRVINE@GORDONSILVER.COM,
               sglantz@gordonsilver.com
              CHRIS D NICHOLS     on behalf of Debtor    ACCESS INSURANCE SERVICES, INC. noticesbh&p@renolaw.biz,
               legalassistant@renolaw.biz;helena@renolaw.biz;fileclerk@renolaw.biz;cnichols@renolaw.biz;norma@re
               nolaw.biz;ellie@renolaw.biz
              CHRIS D NICHOLS     on behalf of Plaintiff    ACCESS INSURANCE SERVICES, INC.
               noticesbh&p@renolaw.biz,
               legalassistant@renolaw.biz;helena@renolaw.biz;fileclerk@renolaw.biz;cnichols@renolaw.biz;norma@re
               nolaw.biz;ellie@renolaw.biz
              DANIEL T HAYWARD     on behalf of Defendant    FAUX LAW GROUP dhayward@laxalt-nomura.com,
               marnold@laxalt-nomura.com
              DOUGLAS L. HERTLEIN     on behalf of Defendant SEAN M. GOUHIN hertlein@aksnlaw.com,
               schenck@aksnlaw.com
              DOUGLAS L. HERTLEIN     on behalf of Defendant CHRISTOPHER W. LUCAS hertlein@aksnlaw.com,
               schenck@aksnlaw.com
              DOUGLAS L. HERTLEIN     on behalf of Defendant    LG WARRANTY CO., LLC hertlein@aksnlaw.com,
               schenck@aksnlaw.com
              DOUGLAS L. HERTLEIN     on behalf of Defendant    DALE HOLDING CO. OF COLUMBUS, LLC
               hertlein@aksnlaw.com,   schenck@aksnlaw.com
              EDMOND BUDDY MILLER     on behalf of Plaintiff JANET L. CHUBB bmiller@buddymillerlaw.com,
               jepker@buddymillerlaw.com
              EDMOND BUDDY MILLER     on behalf of Interested Party JANET L. CHUBB bmiller@buddymillerlaw.com,
               jepker@buddymillerlaw.com
              EDMOND BUDDY MILLER     on behalf of Trustee JANET  CHUBB bmiller@buddymillerlaw.com,
               jepker@buddymillerlaw.com
              GERALD H. SUNIVILLE     on behalf of Creditor    NEAL GOOCH, LIQUIDATOR, WESTERN INSURANCE COMPANY
               gsuniville@vancott.com
              GERALD H. SUNIVILLE     on behalf of Plaintiff LENNARD W. STILLMAN gsuniville@vancott.com
              GERALD H. SUNIVILLE     on behalf of Liquidator LENNARD W. STILLMAN gsuniville@vancott.com
              GLORIA M PETRONI     on behalf of Debtor    ACCESS INSURANCE SERVICES, INC. topgun@renolaw.biz,
               noticesbh&p@renolaw.biz;jodie@renolaw.biz;ellie@renolaw.biz;bhpclerk@renolaw.biz;norma@renolaw.bi
               z;legalassistant@renolaw.biz
              GORDON R. GOOLSBY     on behalf of Plaintiff    ACCESS INSURANCE SERVICES, INC.
               gordon@goolsbylawltd.com
              JEFFREY L HARTMAN     on behalf of Creditor    EXPRESS SYSTEMS, INC. notices@bankruptcyreno.com,
               sji@bankruptcyreno.com
              JOHN A SNOW     on behalf of Plaintiff LENNARD W. STILLMAN jsnow@vancott.com
              JOHN D TENNERT     on behalf of Interested Party    INDUSTRIAL ALLIANCE PACIFIC GENERAL INSURANCE
               CORP. jtennert@lionelsawyer.com,  pcarmon@lionelsawyer.com
              JOHN F MURTHA     on behalf of Defendant    BANK OF THE WEST jmurtha@woodburnandwedge.com,
               dlercari@woodburnandwedge.com
              JOHN F MURTHA     on behalf of Defendant THOMAS P. HEILMAN, II jmurtha@woodburnandwedge.com,
               dlercari@woodburnandwedge.com
              JONATHAN D. SHIPMAN     on behalf of Defendant    CITY OF RENO shipmanj@reno.gov
              LAURA K GRANIER     on behalf of Interested Party    INDUSTRIAL ALLIANCE PACIFIC GENERAL INSURANCE
               CORP. Laura.Granier@dgslaw.com,  Jenny.Sparks@dgslaw.com
              LOUIS M. BUBALA, III     on behalf of Interested Party JANET L. CHUBB lbubala@kcnvlaw.com,
               bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
              LOUIS M. BUBALA, III     on behalf of Interested Party JANET  CHUBB lbubala@kcnvlaw.com,
               bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
              LOUIS M. BUBALA, III     on behalf of Trustee JANET L. CHUBB lbubala@kcnvlaw.com,
               bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
              LOUIS M. BUBALA, III     on behalf of Trustee JANET  CHUBB lbubala@kcnvlaw.com,
               bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
              LOUIS M. BUBALA, III     on behalf of Plaintiff JANET L. CHUBB lbubala@kcnvlaw.com,
               bubalalawyer@gmail.com;wapplegate@kcnvlaw.com;cbyrne@kcnvlaw.com
              MARY JANE E. GALVIN-WAGG     on behalf of Interested Party    WESTERN INSURANCE COMPANY IN
               LIQUIDATION mwagg@vancott.com,   mdewitt@vancott.com
              MARY JANE E. GALVIN-WAGG     on behalf of Liquidator LENNARD W. STILLMAN mwagg@vancott.com,
               mdewitt@vancott.com
              MARY JANE E. GALVIN-WAGG     on behalf of Creditor    NEAL GOOCH, LIQUIDATOR, WESTERN INSURANCE
               COMPANY mwagg@vancott.com,   mdewitt@vancott.com
              MARY JANE E. GALVIN-WAGG     on behalf of Plaintiff LENNARD W. STILLMAN mwagg@vancott.com,
               mdewitt@vancott.com
              MICHAEL D. KNOX     on behalf of Counter-Claimant SEAN M. GOUHIN mknox@downeybrand.com,
               reno@downeybrand.com
              MICHAEL D. KNOX     on behalf of Counter-Claimant CHRISTOPHER W. LUCAS mknox@downeybrand.com,
               reno@downeybrand.com
              MICHAEL D. KNOX     on behalf of Defendant SEAN M. GOUHIN mknox@downeybrand.com,
               reno@downeybrand.com
              MICHAEL D. KNOX     on behalf of Defendant    DALE HOLDING CO. OF COLUMBUS, LLC
               mknox@downeybrand.com,   reno@downeybrand.com
              MICHAEL D. KNOX     on behalf of Counter-Claimant    DALE HOLDING CO. OF COLUMBUS, LLC
               mknox@downeybrand.com,   reno@downeybrand.com
              MICHAEL D. KNOX     on behalf of Defendant    LG WARRANTY CO., LLC mknox@downeybrand.com,
               reno@downeybrand.com
              MICHAEL D. KNOX     on behalf of Defendant CHRISTOPHER W. LUCAS mknox@downeybrand.com,
               reno@downeybrand.com
```

```
District/off: 0978-3          User: admin              Page 7 of 7              Date Rcvd: Nov 17, 2014
                              Form ID: adibktrn        Total Noticed: 260
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              MICHAEL D. KNOX    on behalf of Counter-Claimant    LG WARRANTY CO., LLC mknox@downeybrand.com,
               reno@downeybrand.com
              ROBERT R. KINAS    on behalf of Defendant    WELLS FARGO BANK, N.A. rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
               anute@swlaw.com;jvelarde@swlaw.com
              SALLIE B ARMSTRONG    on behalf of Defendant    LG WARRANTY CO., LLC sarmstrong@downeybrand.com,
               reno@downeybrand.com
              SALLIE B ARMSTRONG    on behalf of Defendant SEAN M. GOUHIN sarmstrong@downeybrand.com,
               reno@downeybrand.com
              SALLIE B ARMSTRONG    on behalf of Defendant CHRISTOPHER W. LUCAS sarmstrong@downeybrand.com,
               reno@downeybrand.com
              SALLIE B ARMSTRONG    on behalf of Counter-Claimant    DALE HOLDING CO. OF COLUMBUS, LLC
               sarmstrong@downeybrand.com,    reno@downeybrand.com
              SALLIE B ARMSTRONG    on behalf of Defendant    DALE HOLDING CO. OF COLUMBUS, LLC
               sarmstrong@downeybrand.com,    reno@downeybrand.com
              SCOTT D. FLEMING    on behalf of Trustee JANET  CHUBB sfleming@armstrongteasdale.com,
               rfortin@armstrongteasdale.com
              SCOTT M. LILJA    on behalf of Plaintiff LENNARD W. STILLMAN slilja@vancott.com,
               jwinger@vancott.com;docketing@vancott.com
              SCOTT M. LILJA    on behalf of Creditor    NEAL GOOCH, LIQUIDATOR, WESTERN INSURANCE COMPANY
               slilja@vancott.com,    jwinger@vancott.com;docketing@vancott.com
              SCOTT M. LILJA    on behalf of Plaintiff JANET L. CHUBB slilja@vancott.com,
               jwinger@vancott.com;docketing@vancott.com
              STEPHEN R HARRIS    on behalf of Defendant    ACCESS INSURANCE SERVICES, INC.
               noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrisl
               awreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
              STEPHEN R HARRIS    on behalf of Debtor    ACCESS INSURANCE SERVICES, INC.
               noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrisl
               awreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
              STEVEN B. SCOW    on behalf of Creditor    PRIMA PROPERTY 2010, LLC sscow@kochscow.com
              TIMOTHY A LUKAS    on behalf of Defendant    A & H MANAGEMENT INC ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant    A AND H INSURANCE, INC. ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant    WESTERN BONDING COMPANY ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant JEFFREY P. SHAFFER ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant JEAN M. ROTTMAN ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant DICK L. ROTTMAN ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant    WESTERN THRIFT & LOAN ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant BRADLEY A PEARCE ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant TOM  JACOBS ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant ROBERTA  PEARCE ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant EDWARD  HORAN ecflukast@hollandhart.com
              TIMOTHY A LUKAS    on behalf of Defendant R SCOTT ROTTMAN ecflukast@hollandhart.com
              U.S. TRUSTEE - RN - 7, 7    USTPRegion17.RE.ECF@usdoj.gov
                                                                                             TOTAL: 68
```

# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–52830–gwz</u>
Chapter 7

In re:
    ACCESS INSURANCE SERVICES, INC.

## NOTICE OF FILING OFFICIAL TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on November 14, 2014 as referenced in the following document:

*384* – Transcript regarding Hearing Held on 07/24/14. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 855–873–2223. Purchasing Party: Timothy Lukas. Redaction Request Due By 12/5/2014. Redacted Transcript Submission Due By 12/15/2014. Transcript access will be restricted through 02/12/2015. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is December 5, 2014.

If a Request for Redaction is filed, the redacted transcript is due December 15, 2014. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is February 12, 2015, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 11/14/14                                    BY THE COURT

                                                        Mary A. Schott
                                                        Clerk of the Bankruptcy Court