LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada   89501
Telephone:  775.852.3900
Facsimile:  775.327.2011
Email:  lbubala@kcnvlaw.com

*ELECTRONICALLY FILED*
*January 20, 2016*

Attorneys for Trustee Janet L. Chubb

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE: | Case No.: BK-N-11-52830-GWZ |
|---|---|
| ACCESS INSURANCE SERVICES, INC., | Chapter 7 |
| Debtor. | **TRUSTEE'S REPORT OF SALE [ASPEN CREEK PROPERTY]** |
| | DATE:  N/A <br> TIME:  N/A |

Trustee Janet L. Chubb, by and through her attorney, files her Trustee's Report of Sale pursuant to F.R.B.P. 6004(f) as to funds received from the sale[1] of the real property described as 4.083 acres of undeveloped real property located at the northeast intersection of U.S. 395 and North McCarran Boulevard in Reno, Nevada, commonly referred to as Washoe County Assessors' Parcel No. 026-031-41, known as the Aspen Creek property.  Buyer:  Western Financial LLC, as assignee of Western Bonding Company.

On November 12, 2015, the sum of $218,012.76 was received by the Trustee from escrow holder Ticor Title of Nevada.  This amount has now been deposited by the Trustee for the benefit of the estate.  A copy of the itemized closing statement is attached.

**DATED** this 20th day of January, 2016.      KAEMPFER CROWELL

/s/  Louis M. Bubala III
Counsel for Trustee

---

[1] Additional funds may be recovered should the buyer sell the Aspen Creek property within one year, as long as the sale closes within two years of entry of a final order approving the sale, split one-half of such additional sale proceeds greater than $435,000.  See Order Approving Sale entered Sept. 14, 2015, Dkt. #476, as amended by Dkt. #521.

1

# TICOR TITLE OF NEVADA, INC.

5441 Kietzke Lane, Suite 100, Reno, NV 89511

Phone: (775) 324-7400    Fax: (775) 324-7402

**Sellers Settlement Statement**

**Final**

**Escrow No:** 01504503 - 001 MF    **Close Date:** 11/10/2015    **Proration Date:** 11/10/2015    **Date Prepared:** 11/12/2015

**Seller(s):**    Access Insurance Services, Inc., a Nevada corporation

**Property:**    O N MCCARRAN BLVD
Reno, NV 89512

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | | 217,500.00 |
| **RECORDING FEES:** | | |
| Recording Fees to Ticor Title of Nevada, Inc. | 38.00 | |
| County Transfer Tax to Ticor Title of Nevada, Inc. | 891.75 | |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| County Taxes from 11/10/2015 to 7/1/2016 based on the Annual amount of $1,111.37 | | 713.13 |
| 1/2 Real Property Transfer Tax | | 445.88 |
| 1/2 Document Preparation | | 258.00 |
| 1/2 Recording Fee | | 19.00 |
| 1/2 Certified Copy Fee | | 6.50 |
| Sub Totals | 929.75 | 218,942.51 |
| Proceeds Due Seller | 218,012.76 | |
| Totals | 218,942.51 | 218,942.51 |