# EXHIBIT 1

# EXHIBIT 1

U.S. BANKRUPTCY COURT

-oOo-

RE: Chapter 7 Access             :

Insurance                        :

                                 : Case No. 11-52830

                                 :

==============================================================

TRANSCRIPT OF PROCEEDINGS

Chapter 7 Bankruptcy Hearing

September 17, 2012

Reno, Nevada

COPY

SUNSHINE LITIGATION SERVICES
Transcribed By:  GAIL R. WILLSEY, CSR #359, CA CSR #9748



2

**\*\*^.^\*\***

RENO, NEVADA, SEPTEMBER 17, 2012,

**\*\*^.^\*\***

THE TRUSTEE:  Okay.  My name is Jan Chubb. I'm the Chapter 7 Trustee for Access Insurance, Bankruptcy Case 11-52830.  This is the first meeting of creditors in the Chapter 7.  The petition was filed on September 17th.  Oh, this -- no, today is September 17, 2012.  That's what happens when you don't just speak off the cuff.

The meeting is being recorded.  There's an attendance sheet on the table, if you could please fill it out and make sure it's returned to me at the end of the meeting.  I'm going to ask some questions first and then I'll open it up to creditors.

So counsel for the debtor, would you please identify yourself?

MS. PETRONI:  Gloria Petroni.

THE TRUSTEE:  And will the representative of the debtor please identify himself?

MR. SHAFFER:  Jeffrey Shaffer, Access Insurance Executive Vice President.

THE TRUSTEE:  Okay.  So are you still

3

working?

MR. BUBALA: Wait. I think you need to put him under oath.

THE TRUSTEE: Right.

Well, you were under oath but I read the 341 transcript and it said -- it referenced today so I don't think you are still under oath. So would you take the oath again, I have it right here?

(The witness was sworn.)

THE TRUSTEE: I don't know why we stand up. I was going to sit down. I always question why the trustees make everyone stand up.

BY THE TRUSTEE:

Q    So you're still the Executive Vice President and are you working?

A    No. As of September 1st -- and I've been waiting for instruction from the Trustee of what to do and what not to do. But as of September 1st, I transferred my payroll to A & H Insurance. I've been doing dual roles for A & H as President and then trying to wrap up the affairs of Access working part-time for Access, but I transferred to A & H Insurance lately as of September 1st.

Q    Okay. Thank you.

4

SUNSHINE REPORTING SERVICES    (775) 323-3411

a month right now on their money market account, I know that, and then we're paying off Subordinated Debentures and we're paying off another money market account to Western Assurance which is one of our small surety companies that we own but those are the only accounts that are left, Access, Western Assurance and then the Subordinated Debentures, those are the -- and the Subordinated Debentures are all for Andy's clients, Express Systems' clients.

Q    Okay.  So I thought I read in there that Western -- that Access held all the stock in Western Thrift; is that right?

A    No.

Q    Okay.

A    It held a million dollars in preferred stock in Western Thrift and that's what we were just talking about it was redeemed at some point.

Q    Okay.

A    We believe there's enough in the loan portfolio that we'll be able to pay that back.

Q    Okay.

Do you have any idea as between Access and LG Warranty, who owes who money?

A    I don't know the legal standing.  What I know

for sure is that we loaned them -- Western initiated the first loan with them and Access shared in that first loan.

Q    Western Insurance?

A    Western Insurance Company.  Then Access shared in the first loan.

Then we did a second loan with them where it was Access only, and we were holding almost an equal amount of their reserve money to the loans for all their programs that they had paid into during the years with us.  So at one point, I believed it was a wash.  What we owed them in reserves and what they owed us in the loan was about an equal amount but legal ramifications of what's preferred or I don't know that part of it.

Q    Okay.

A    What takes priority over one versus the other.

Q    Okay.

But that would be in the Quick Books section under Liabilities?

A    Yeah.  There's a liability for LG under there all their auto programs and then there's a note receivable from LG Warranty on here as an asset both,

SUNSHINE REPORTING SERVICES    (775) 323-3411

yes.

MS. PETRONI:  Mr. Shaffer has also prepared an accounting of what he believes is still owed by LG and that can be provided to you.

THE TRUSTEE:  Great.  Thank you.

BY THE TRUSTEE:

Q    So I just want to run true through the promissory notes briefly.  On the Dan Klumb --

A    Klumb, K L U M B is that what you're talking about?

Q    Oh, yes, I'm sorry, I had somebody transcribe this.

A    K L U M B, that's a performing note, it pays every month.

Q    Do you remember how much that is?

A    I believe he increased it.  He's paying $750 or something like that a month, it's 9 percent interest.

Q    And is there collateral on that?

A    Yes.  There's a deed of trust on a building in Michigan.

Q    Okay.

And King Construction, what's the status on that?

continuing this and you are expected -- we're expected to produce all these documents by the date.

MR. BUBALA: No, way before that so they have time.

MS. PETRONI: By the time, well in advance and if they ask for anything else --

THE WITNESS:  No.  I have notes but you're going to give an e-mail to Gloria about the specifics of exactly what you want. And I have notes of everything else we talked about.

THE TRUSTEE:  Okay.  Thank you very much.

(Whereupon the proceedings were concluded.)

SUNSHINE REPORTING SERVICES    (775) 323-3411

STATE OF NEVADA          )

                         ) Ss.

COUNTY OF WASHOE         )


          I, GAIL R. WILLSEY, a notary public in and for the County of Washoe, State of Nevada, do hereby certify:

          That I was provided a JAVS CD and that said CD was transcribed by me, a Certified Shorthand Reporter, in the matter entitled herein;

          That said transcript which appears hereinbefore was taken in stenotype notes by me from the CD and thereafter transcribed into typewriting as herein appears to the best of my knowledge, skill and ability and is a true record thereof.

_____

GAIL R. WILLSEY, CSR #359

106

SUNSHINE REPORTING SERVICES    (775) 323-3411